# EXHIBIT S



5,000 *reprinted*
5/62

*obsolete*

DEPOSITION
EXHIBIT
5
6/26/14    LG

# THE "aroclor" COMPOUNDS



0509820



0509821

LEXOLDMON004617

The Aroclor* compounds are among the most, unique, most versatile chemically-made materials in industry. Aroclors are so useful in so many ways in so many different applications, primarily because of one outstanding characteristic: *inertness.*

The Aroclors do not burn . . . and they impart fire-retardance to compositions in which they are mixed. The Aroclors do not "break down" under mechanical stress; therefore, they make good lubricants, sealants, and expansion media. The Aroclors are not decomposed by, nor do they conduct even tiny amounts of, electricity; therefore, they are outstanding dielectrics. Heat has little effect on the compounds, hence the Aroclors are excellent heat transfer fluids. Since they are compatible with a wide range of synthetic resins, Aroclors make excellent plasticizers. Because Aroclors in formulations "trap" and hold more volatile ingredients, they make volatile insecticides and repellents "last longer" in residual activity.

And, important too, Aroclors are low in cost. Examination of their properties will show literally scores of uses in which no other material can serve.

The following pages describe the physical properties of the Aroclors and some of their many applications. These remarkable materials are manufactured exclusively by Monsanto.

*Aroclor is a trademark of Monsanto Chemical Company for its chlorinated aromatic hydrocarbons and their derivatives, including chlorinated diphenyl. Reg. U. S. Pat. Ofc. In this brochure, Aroclor is frequently used as a plural noun solely to improve the ease of reading and as a convenience to the reader. In every instance of such use, however, the usage refers to Monsanto Aroclor brand of polyphenyl compounds.

*refer to technical bulletins*

0509822

**Exhibit S**
**Page 4 of 48**

LEXOLDMON004618

Page No.

Table of General Physical Properties............................................. 2

Electrical Applications of the Aroclors........................................... 8

Mechanical Applications of the Aroclors.........................................12
    Heat Transfer...........................................................12
    Expansion Media......................................................15
    Liquid Sealant for Furnace Roofs..................................15

Aroclors in Special Product Formulations.......................................16
    Sealers for Gaskets...................................................16
    Dedusting Agent......................................................16
    Insecticides...........................................................16
    Precision Casting Waxes.............................................17
    Abrasives..............................................................17
    Specialized Lubricants...............................................17
    Industrial Cutting Oils...............................................19
    Adhesives.............................................................19
    Polishing Waxes and Impregnating Compounds.....................21
    Coatings...............................................................22
    Inks....................................................................22
    Mastics, Sealing and Caulking Compounds.........................23
    Permanent Tack Coatings...........................................23

Aroclors in Plastics.............................................................24

Aroclors in Paint, Varnish, and Lacquers......................................27

Appendix.........................................................................35
    Method for Emulsifying..............................................35
    Solubility Table.......................................................36
    Vapor Pressures......................................................37
    Vaporization Rates...................................................38
    Corrosion Resistance of Materials...................................39
    Viscosity Table.......................................................40
    Table of Densities....................................................41
    Dermatology and Toxicity...........................................42

0509823

Exhibit S
Page 5 of 48

LEXOLDMON004619



# THE aroclors...

Aroclor compounds are a series of chlorinated biphenyls and chlorinated poly-phenyls. They range in form and appearance from mobile oily liquids to fine white crystals and hard transparent resins. Aroclors are non-oxidizing, perma-nently thermoplastic, of low volatility, and non-corrosive to metals. Aroclors are not hydrolyzed by water, alkalis, or acids. The viscous liquids and resins will not support combustion when heated alone, and they impart fire retardance to other materials.

The crystalline Aroclors are relatively insoluble, but the liquid and resinous compounds are soluble in most of the common organic solvents, thinners and oils. All Aroclors are insoluble in water, glycerine or the glycols. Aroclor 5460 is insoluble in the lower molecular weight alcohols; "4465" is only partly soluble in the lower alcohols.

The following table describes the properties of twelve Aroclors, each of which is representative of a series. For almost every Aroclor shown, there is a dark-colored grade of approximately the same physical and chemical characteristics. These darker products are less pure but are lower in price.

Aroclors are used alone for particular physical jobs, such as insulating, heat transfer, sealants and expansion media; and they are used as components or extenders in elastomers, adhesives, paints, lacquers, varnishes, pigments and waxes. The properties imparted by Aroclors (and their usefulness in particular applications) vary in regular gradient over the series. Selection of the right Aroclor for a particular use can generally be made by comparision of the properties, by "blending" two or more, and by adjusting the percentage used in the particular mixture in which the Aroclors will be formulated.

0509824

1

Exhibit S
Page 6 of 48

LEXOLDMON004620



# general physical properties o

| Form | Aroclor 1221 Colorless mobile oil | Aroclor 1232 Practically colorless mobile oil | Aroclor 1242 Practically colorless mobile oil | Aroclor 1248 Colorless to light yellow-green, clear, mobile oil | Aroclor 1254 Light yellow viscous oil |
|---|---|---|---|---|---|
| Color | 100 Max. (APHA) | 100 Max. (APHA) | 100 Max. (APHA) | 100 Max. (APHA) | 100 Max. (APHA) |
| Acidity—Maximum (Mgm. KOH per Gm.).. | 0.014 | 0.014 | 0.010 | 0.010 | 0.010 |
| Average Coefficient of Expansion..cc/cc/°C | 0.00071 (15°-40°C) | 0.00073 (25°-100°C) | 0.00068 (25°-65°C) | 0.00070 (25°-65°C) | 0.00066 (25°-65°C) |
| Typical Density Specific Gravity Pounds per Gallon—25°C (77°F) | 1.182-1.192 (25°/15.5°C) 9.85 | 1.270-1.280 (25°/15.5°C) 10.55 | 1.381-1.392 (25°/15.5°C) 11.50 | 1.405-1.415 (65°/15.5°C) 12.04 | 1.495-1.505 (65°/15.5°C) 12.82 |
| Distillation Range—ASTM D-20 (Mod.) Corr. °C | 275°-320° | 290°-325° | 325°-366° | 340°-375° | 365°-390° |
| Evaporation Loss—%—ASTM D-6 Mod. 163°C........5 hrs. 100°C........6 hrs. | — 1.0 to 1.5 | — 1.0 to 1.5 | 3.0 to 3.6 0.0 to 0.4 | 3.0 to 4.0 0.0 to 0.3 | 1.1 to 1.3 0.0 to 0.2 |
| Flash Point—Cleveland Open Cup.......°C °F | 141°-150° 286°-302° | 152°-154° 305°-310° | 176°-180° 348°-356° | 193°-196° 379°-384° | None |
| Fire Point—Cleveland Open Cup.........°C °F | 176° 349° | 238° 460° | None* | None | None |
| Pour Point—ASTM D-97.................°C °F | Crystals at 1°C Crystals at 34°F | −35.5° −32° | −19° 2° | −7° 19.4° | 10° 50° |
| Softening Point—ASTM E-28.............°C °F | — — | — — | — — | — — | — — |
| Refractive Index—D-line—20°C............ | 1.617-1.618 | 1.620-1.622 | 1.627-1.629 | 1.630-1.631 | 1.639-1.641 |
| Viscosity—Saybolt Universal 210°F (98.9°C) Sec. (ASTM—D-88) | 30-31 | 31-32 | 34-35 | 36-37 | 44-48 |
| 130°F (54.4°C) | 35-37 | 39-41 | 49-56 | 73-80 | 260-340 |
| 100°F (37.8°C) | 38-41 | 44-51 | 62-92 | 185-240 | 1800-2500 |

*NONE indicates—"No fire point up to boiling temperature"

0509825

2

LEXOLDMON004621

# Some of the aroclor compounds

| Aroclor 1260 Light yellow soft sticky resin | Aroclor 1262 Light yellow sticky clear resin | Aroclor 1268 White to off-white powder | Aroclor 4465 Light-yellow, clear, brittle resin | Aroclor 5442 Yellow transparent sticky resin | Aroclor 5460 Clear, yellow-to-amber, brittle resin | Aroclor 2565 Black, opaque, brittle resin |
|---|---|---|---|---|---|---|
| 150 Max. (APHA) | 150 Max. (APHA) | 1.5 Max. NPA (molten) | 2 Max. NPA (molten) | 2 Max. NPA (molten) | 2 Max. NPA (molten) | — |
| 0.014 | 0.014 | 0.05 | 0.05 | 0.05 | 0.05 | 1.4 |
| 0.00067 (20°-100°C) | 0.00064 (25°-65°C) | 0.00067 (20°-100°C) | 0.00061 (25°-65°C) | 0.00123 (25°-99°C) | 0.00179 (25°-124°C) | 0.00066 (25°-65°C) |
| 1.555-1.566 (90°/15.5°C) 13.50 | 1.572-1.583 (90°/15.5°C) 13.72 | 1.804-1.811 (25°/25°C) 15.09 | 1.670 (25°/25°C) 13.91 | 1.470 (25°/25°C) 12.24 | 1.670 (25°/25°C) 13.91 | 1.734 (25° 25°C) 14.44 |
| 385°-420° | 395°-425° | 435°-450° | 230°-320° at 4 mm. Hg. | 215°-300° at 4 mm. Hg. | 280°-335° at 5 mm. Hg. | — |
| 0.5 to 0.8 / 0.0 to 0.1 | 0.5 to 0.6 / 0.0 to 0.1 | 0.1 to 0.2 / 0.0 to 0.06 | 0.2 to 0.3 / 0.0 to 0.02 | 0.2 / 0.01 | 0.03 / 1.5 to 1.7 (at 260°—5 hr) | 0.2 to 0.3 / — |
| None | None | None | None | 247° 477° | None | None |
| None | None | None | None | >350° >662° | None | None |
| 31° | 35°-38° | — | — | 46° | — | — |
| 88° | 99° | — | — | 115° | — | — |
| — | — | 150° to 170° (hold pt.) | 60° to 66° | 46° to 52° | 98° to 105.5° | 66° to 72° |
| — | — | 302° to 338° (hold pt.) | 140° to 151° | 115° to 126° | 208° to 222° | 149° to 162° |
| 1.647-1.649 | 1.6501-1.6517 | — | 1.664-1.667 | — | 1.660-1.665 | — |
| 72-78 | 86-100 | — | 90-150 (260°F or 132°C) | 300 400 | — | — |
| 3200-4500 | 600-850 (160°F or 71°C) | — | — | — | — | — |
| — | — | — | — | — | — | — |

0509826



## PROPERTIES THAT "MAKE JOBS" FOR THE aroclors

### "NON-DRYING"

Aroclors are non-drying. Even when exposed to air in the form of thin films, no noticeable oxidation or hardening takes place. However, when used as components of paints, varnishes or lacquers, they do not retard the rate of drying of the films. Quick drying varnishes and paints can be made using Aroclors in the formulation.

### "NON-FLAMMABILITY"

The viscous, oil-like Aroclors and the resins do not support combustion when heated alone, even at their boiling points — temperatures in excess of 350°C. Most of the Aroclors flux readily with other resinous and pitch-like materials to make mixtures that gain in fire retardance properties. Even when incorporated in nitro-cellulose films and rubber foams, Aroclors will retard the rate of burning.

### "ADHESIVENESS" AND "THERMOPLASTICITY"

The Aroclor resins adhere strongly to smooth surfaces such as glass, metal, varnished or lacquered coatings.

The Aroclors are permanently thermoplastic. They apparently undergo no condensation or hardening upon repeated melting and cooling. Clear Aroclor resins can be supplied with softening points up to 105°C. Opaque, crystalline Aroclors can be supplied with initial melting points up to approximately 290°F.

4

0509827

Exhibit S
Page 9 of 48

LEXOLDMON004623

## STABILITY

Toward Alkalies — The Aroclors are remarkably resistant to the action of either hydrolyzing agents or high temperature. They are not affected by boiling with sodium hydroxide solution.

Toward Acids — Experiments were made to determine whether hydrogen chloride is evolved during the treatment of Aroclors with sulfuric acid. Aroclor 1254 (selected as typical) was stirred with an equal volume of ten per cent sulfuric acid for a period of 150 hours. Any gases escaping from the reaction flask had to pass through a trap filled with silver nitrate solution, which solution would give a precipitate of silver chloride if any HCl came in contact with it. After 150 hours of treatment, neither the trap solution nor the acid layer in the treating flask showed any hydrogen chloride present.

Even prolonged treatment (255 hours) with concentrated sulfuric acid indicated negligible effect.

Toward Heat — Because of their stability to heat, the Aroclors are useful heat transfer media. Aroclor 1254 and particularly the less viscous Aroclor 1248 are recommended for this purpose because they may be heated at temperatures up to 315°C (600°F) in a closed system for long periods without appreciable decomposition and they are, at the same time, fire resistant.

Toward Oxidation — When Aroclors are subject to a bomb test at 140°C with 250 pounds oxygen per square inch, there is no evidence of oxidation as judged by development of acidity or formation of sludge.

## ELECTRICAL RESISTIVITY

The Aroclors have extremely interesting electrical characteristics: high resistivity and dielectric strength and low power factor. The dielectric constant ranges from 3.4 to 5.0 at 100°C and 1000 cycles, depending upon the particular Aroclor.

## SOLUBILITY

All Aroclors are insoluble in water. They are soluble, however, in most of the common solvents, plasticizers, and resins.

The Aroclor oils and resins are readily soluble in most of the common organic solvents and drying oils. The hard crystalline Aroclors are in general less soluble than the liquids or softer Aroclor resins. All the Aroclors are heavier than water, a valuable property for many applications.

0509828

5



0509829

LEXOLDMON004625

# industrial applications of the aroclors



0509830

LEXOLDMON004626



*Aroclors are among the purest commercial chemical compounds, virtually free of even traces of conducting impurities. For this reason, the Aroclors' dielectric properties closely approximate the theoretical maximum for the particular organic compound. With their stability, heat resistance and flame resistance — Aroclors can be used for a variety of heavy-duty dielectric applications.*

# electrical applications of aroclors

## DIELECTRICS FOR ASKAREL TYPE TRANSFORMERS AND CAPACITORS

Monsanto Aroclors are used *per se* and are formulated for the liquid coolant-insulation fluids in transformers and capacitors. Such dielectrics must be highly pure with dependably minimal traces of electrolytes. They must be chemically stable and non-corrosive to a wide variety of structural materials. Most important, the dielectric fluid must be fire-resistant.

Aroclors are the only liquids in low cost commercial supply that meet these exacting requirements.

Liquid Aroclors "1242," "1248," "1254," and "1260" are used directly, or these are carefully formulated with chlorinated benzene and other additives to make askarel fluid for particular needs. Typical formulated askarel fluids are shown on the following pages.

Aroclors "1242" and "1254" themselves or in special formulations are used as the dielectric in fixed paper capacitors, for the power factor correction in utility transmission lines; for home appliances such as air conditioners, furnaces, washers and driers; for electric motors; and for ballast in fluo-

0509831

8

Exhibit S
Page 13 of 48

LEXOLDMON004627

rescent fixtures. There are also a number of applications in DC systems, in condensers, and the new energy storage capacitors.

The Aroclor fluids can be used in a wide variety of applications requiring a specialized dielectric. Monsanto works closely with electrical equipment makers to develop the proper dielectric with the exact physical properties required by the engineering of the equipment.

## IMPREGNATING COMPOUNDS

Because of their nonflammability, high resistivity, and dielectric strength and low power factor, the liquid and resinous Aroclors are extremely useful materials for many applications as impregnating compounds. An important application of Aroclors in the electrical field is the use of Aroclors 1260, 4465 and 5460 in wire or cable coatings and as impregnants for cotton and asbestos braided insulation. Because they possess high purity and excellent electrical resistance, Aroclor 1254, 5460 and 1268 make excellent dielectric sealants: to close the pores of carbon resistors, and to seal electrical bushings and terminals.

> Since the liquid Aroclors will absorb sufficient moisture from the atmosphere to impair the electrical characteristics, it is customary to treat Aroclor intended for this application before use with a dehydrating clay. An effective product for this purpose is Attapulgus clay 80/300 mesh dried for 4 hours at 400°C. and used at the rate of 0.10% based on the weight of Aroclor, followed by filtration. Treatment is improved if the Aroclor is heated to 50-55°C.

### ELECTRICAL PROPERTIES

| | Dielectric Constant at 1,000 Cycles (1) | | Volume Resistivity (2) Ohm-cm at 100°C, 500 Volts D.C. | Dielectric Strength (3) | Power Factor (4) 100°C, 1,000 Cycles |
|---|---|---|---|---|---|
| Aroclor | 25°C | 100°C | | | |
| 1232 | 5.7 | 4.6 | | | |
| 1242 | 5.8 | 4.9 | Above 500x10⁷ | Greater than 35KV | <0.1% |
| 1248 | 5.6 | 4.6 | Above 500x10⁷ | Greater than 35KV | <0.1% |
| 1254 | 5.0 | 4.3 | Above 500x10⁷ | Greater than 35KV | <0.1% |
| 1260 | 4.3 | 3.7 | Above 500x10⁷ | Greater than 35KV | <0.1% |
| 1268 | 2.5 | — | | | |
| 5442 | 3.0 | 4.9 | Above 500x10⁶ | | |
| 5454 | 2.7 | 4.2 | | | |
| 5460 | 2.5 | 3.7 | | | |
| 4465 | 2.7 | 3.3 | | | |

(1) ASTM D-150-47T
(2) ASTM D-257-46
(3) ASTM D-149-44
(4) ASTM D-150-47T

0509832

Exhibit S
Page 14 of 48

LEXOLDMON004628

## TYPICAL TRANSFORMER ASKAREL
### (MIXTURE OF AROCLOR AND CHLOROBENZENES)

| Property | Typical |
|---|---|
| Visc. @ 37.8°C. (ASTM D88) | 41-45 Sec. Saybolt Univ. |
| Spec. Gravity @ 15.5/15.5°C., (ASTM D287) | 1.563-1.571 |
| Color, APHA | 150 max. |
| Condition | Clear |
| Acidity, mg. KOH/g. | 0.01 max. |
| Pour Pt., °C., (ASTM D97) | −44°C., or lower |
| Inorganic Chlorides, ppm | 0.10 max. |
| Refractive Index @25°C. | 1.6075-1.6085 |
| Distillation Range (ASTM D20) Corrected for stem and barometric pressure | |
| First drop | 210°C., min. |
| 35% | 240-256°C. |
| 55% | 290-330°C. |
| 65% | 385-400°C. |
| 95% | 395-415°C. |
| Corrosion | After heating with aluminum for 6 hrs. @ 200-220°C., the aluminum must not be corroded either on visual or weight inspection. |

The askarel fluid meets the following specifications:

| | |
|---|---|
| Color, APHA | 200 max. |
| Acidity, mg. KOH/g. | 0.01 max. |
| Inorg. Chlorides, ppm | 5 max. |
| Condition | Clear |

| Property | Typical |
|---|---|
| Water Content, ppm. | 30 max. |
| Resistivity, 100°C., 500v., 0.1″ gap | 100 x 10⁹ ohm-cm., min. |
| Dielectric Strength, 25°C. | 35 KV., min. |
| Dielectric Constant, 100°C., 1000 cycles* | 3.8-4.2 |
| Tin Tetraphenyl* | 0.125% ± 0.01% by weight |
| Burn Point, (ASTM D92)* | None up to Boiling Point |
| Fixed Chlorine*. | 60.6 ± 0.5 |
| Arc Formed Gases* (Oxygen Free Liquid @25°C.) | Total combustible gases including carbon monoxide, hydrogen and volatile hydrocarbons |
| Electrical Stability* | After heating for 96 hours @ 100°C in a closed container, the resistivity should not decrease more than 10%. |

## TYPICAL CAPACITOR AROCLOR

| Property | Typical |
|---|---|
| Visc. @ 37.8°C. (ASTM D88) | 82-92 seconds Saybolt Univ. |
| Specific Gravity @ 25/15.5°C (ASTM D287) | 1.381-1.392 |
| Color, APHA | 50 max. |
| Condition | Clear |
| Acidity, mg. KOH/g. | 0.01 max. |

*Determined by special request.

0509833

10

### Typical Capacitor Aroclor  (continued)

| Property | Typical |
|---|---|
| Pour Pt., °C. (ASTM D97) | −14 or lower |
| Inorganic Chlorides, ppm. | 0.10 max. |
| Refractive Index @ 25°C. | 1.6240-1.6260 |
| Distillation Range (ASTM D20) | 10% 325°C. min. |
| Corrected for stem and barometric pressure | 90% 360°C. max. |
| Corrosion | After heating with aluminum for six hours at 210°C ± 10°C the aluminum must not be corroded either on visual or weight inspection and the Aroclor 1242 should meet the following specs.: |

|  | | |
|---|---|---|
| Color, APHA | 60 max. |
| Acidity, mg. KOH/g. | 0.01 max. |
| Inorg. Chlorides, ppm | 0.10 max. |
| Condition | Clear |

| Property | Typical |
|---|---|
| Water Content, ppm | 35 max. |
| Resistivity 100°C. 500 volts DC @ 0.1″ gap | 500 x 10⁹ ohm-cm., min. |
| Dielectric Constant 100°C. @ 1000 cycles (ASTM D924) | 4.7-4.9 |
| Flash Point Cleve. Open Cup° | 170°C., min. |
| Fire Point °C.° | None to boiling point |
| Sulfates (ASTM-D117-31)° | None |
| Fixed chlorine content (Carius)° | 41.5-42.5% |
| Specific Heat @ 25°C.° | 0.29 |
| Evaporation @ 100°C for 6 hrs.° | 0.4% max. |
| Dielectric Strength (KV) (ASTM D877)° | 35 Min. |

°Determined by special request.



## DIELECTRIC CONSTANT VS. TEMPERATURE
### AROCLOR 1242 & AROCLOR 1254

AROCLOR 1242

AROCLOR 1254

Ⓒ BELL TELEPHONE DATA

◻ MONSANTO TESTS

AME 11/2 9/45

TEMPERATURE CENTIGRADE

BY COURTESY OF THE JOURNAL OF FRANKLIN INSTITUTE
AND BELL TELEPHONE LABORATORIES

0509834



*Because Aroclors have excellent shear resistance, heat stability, and are chemically stable . . . they can serve in dozens of mechanical applications for transferring mechanical power, heat, and variable pressures. Aroclors do not attack metals even at high temperature; they resist oxidation, chemical and mechanical breakdown under a wide variety of environmental conditions. In addition, the Aroclor liquids used as lubricants impart a high degree of extreme pressure lubricity.*

# mechanical applications
# of aroclors

### HEAT TRANSFER

Aroclors are outstanding for use as the heat transfer liquids in indirect heating systems. Aroclor systems can transfer closely controllable, uniform heat to chemical processing vessels, food cookers, potato chip fryers, drying ovens and other installations where the fire source must be removed from the point where the processing heat is used. Aroclor 1248 is used most frequently in such indirect heating systems.

Heat transfer with Aroclors has many advantages. Processing heat up to 600°F. can be delivered in a *non-pressurized* system, reducing the construction costs of the heating system. The fluid in properly engineered systems will last without significant degradation for from five to seven years. The systems present no fire or explosion hazard, since the Aroclor does not support combustion. In addition, there is no day to day conditioning of boiler water, inasmuch as the Aroclor requires no conditioning, and Aroclor systems require a minimum amount of insulation. Aroclor systems operating at atmospheric pressure have been used successfully since 1941. Aroclor systems can operate safely and efficiently on gas, oil or electricity.

Photo courtesy of
Petro-Chem Development Division
Yuba C. .nsolidated Industries, Inc.

12

0509835

Exhibit S
Page 17 of 48
LEXOLDMON004631

Aroclors 1242, 1248 and 1254 are used as a circulating heat transfer medium with great success. Good circulation and a well designed heating system are necessary to prevent local overheating. Aroclor 1248, however, is recommended for universal use up to 315°C (600°F) because of its fluidity at low temperatures and its fire-resistance. The liquid Aroclor 1248 is readily pumpable with centrifugal pumps to temperatures as low as 50°F.

In processes where a cooling cycle must also be introduced, provision can easily be made for shunting circulating Aroclor through a water cooled heat exchanger, thus employing one medium for both heating and cooling.

In special cases, Aroclors 1242 and 1232 can be substituted for the Aroclor 1248. If low outside temperatures are encountered, the less viscous Aroclor 1242 can be used.

Aroclor 1232 may be used where outdoor temperatures as low as 20°F are encountered. While Aroclor 1232 is serviceable for unpressurized heat transfer, this Aroclor compound is not quite as fire resistant as "1248" or "1242."

Monsanto has available an "Engineering Heat Transfer Data" booklet that gives design guidance on Aroclor systems. In addition, Monsanto can suggest sources for Aroclor heaters and equipment.



Photo courtesy of
Western Precipitation Corp.



Photo courtesy of
Struthers Wells Corp.

Photo courtesy of
Union Iron Works



Photo courtesy of
The International Boiler Works Co.

0509836

13

Exhibit S
Page 18 of 48

LEXOLDMON004632

### HEAT CAPACITY OF AROCLORS
#### AT VARIOUS TEMPERATURES



### THERMAL CONDUCTIVITY OF AROCLOR 1248

| Temperature °C. | °F. | BTU./Hr./Sq. Ft./ °F./Ft. | Calories, gram/Sec./ Sq.Cm./°C./Cm. |
|---|---|---|---|
| 30 | 86 | 0.0570 | $236 \times 10^{-6}$ |
| 60 | 140 | 0.0564 | $233 \times 10^{-6}$ |
| 100 | 212 | 0.0555 | $229 \times 10^{-6}$ |



0509837

**Exhibit S**
**Page 19 of 48**

LEXOLDMON004633

## EXPANSION MEDIUM

Because of their stability at high temperatures and ability to withstand frequent temperature cycles without gum formation, the liquid Aroclors are used as the actuating medium in bellows controls, thermostats, industrial temperature control regulators and other kinds of automation equipment.

The average coefficient of expansion of Aroclor 1248 per degree F. within the various temperature ranges indicated in the table below was determined by using the simple formula $Vt = Vt^1 [1 + a (t - t_1)]$. The coefficient, a, has been calculated at 100°F increments, as follows:

| Temp. Range F | Average Coefficient of Expansion cc/cc/F |
|---|---|
| 0 to 100 | 0.00037 |
| 100 to 200 | 0.00039 |
| 200 to 300 | 0.00040 |
| 300 to 400 | 0.00046 |
| 400 to 500 | 0.00048 |
| 500 to 600 | 0.00051 |

The specific volume of Aroclor 1248 at different temperatures is as follows:

| Temp. °F. | Specific Volume ml/gm |
|---|---|
| 0 | 0.674 |
| 100 | 0.699 |
| 200 | 0.726 |
| 300 | 0.755 |
| 400 | 0.790 |
| 500 | 0.828 |
| 600 | 0.870 |

## LIQUID SEALANT FOR FURNACE ROOFS

The liquid Aroclors 1248 and 1254, because of their low vapor pressures and fire-resistance, make excellent liquid sealants. These non-evaporating fluids have good flow at slightly elevated temperatures and are chemically stable at elevated temperatures. Consequently, the liquid Aroclors make excellent fluid sealants for any application where the use of oil would create a fire hazard. In the trough of annealing furnaces, for example, Aroclors make dependable fire-safe roof seals.

## VACUUM DIFFUSION PUMP OIL

The fluid Aroclors 1248 and 1254 are highly stable to air; they make good oils for vacuum pumps at a much lower cost than high priced silicone type oils. These Aroclors operate efficiently in vacuum diffusion pumps used to pull high vacuum for metalizing plastics; dehydrating foods, medicinals; and for drying capacitor cones.

## DUST ENTRAPMENT

Because Aroclors are non-drying and tacky, they make excellent coatings for capturing dust, lint and other fine air-borne particles. Aroclors 1260 and 5460 are used successfully to coat fibrous glass air filter pads, metal mesh and other materials used for filtering air and gas streams.



*With their wide range of physical properties, their inertness, lubricity, and vapor-suppressing characteristics — Aroclors can be valuable ingredients in an extraordinary variety of formulated products. They are compatible with a variety of solvents, oils, resins. They are virtually non-volatile and permanently thermoplastic; they will not react with other chemicals in the formulation. In addition, their low cost makes their use for special purposes eminently practical and economical.*

# aroclors in special product formulations

## *SEALERS FOR GASKETS*

Aroclors — particularly when hot — swell rubbers like Hycar, Koroseal, PerBuna N, and Neoprene. Wherever seals and gaskets of natural or synthetic rubber tend to shrink under heat and use, Aroclors 1232, 1242 or 1254 can be used as a swelling agent to tighten the shrunken seal. An example is in automotive transmission oil: a small amount of Aroclor in the oil swells the seal *in place*, saving the cost of tearing down the equipment to replace the seal or gasket. Aroclors can be used in gasket sealing compounds to swell the rubber after the gasket or seal is in place.

## *DEDUSTING AGENT*

Aroclor 1254 is a low cost dedusting agent which can "hold down" the dusting of a variety of chemical products. Because Aroclor 1254 resists both combustion and oxidation, it can be used to control dusting of highly reactive compounds. As a typical example,* a few tenths of one percent will control the dusting of calcium hypochlorite.



*Covered by U. S. Patent No. 2.921.911. Issued January 19, 1960. and assigned to Pennsalt Chemicals Corp.

0509839

16

Exhibit S
Page 21 of 48

LEXOLDMON004635

Aroclor 5460 and 1254 act as vapor suppressants. The United States Department of Agriculture scientists reported that the inclusion of from 5 to 25 parts per hundred by weight of Aroclor increased the effective kill-life of a lindane spray up to ten times. A painted or metallic surface sprayed with certain chlorinated insecticides fortified with Aroclor will remain toxic to flies, ants, roaches, silverfish up to 2 to 3 months. The Aroclor resins suppress the rapid evaporation of the volatile insecticides without adding odor or other objectionable residue. Formulation into insecticides is quite simple; the Aroclor is dissolved in a suitable solvent compatible with the insecticide formulation, and mixed in. The most pronounced effect for increasing the kill-life of the insecticide is obtained with lindane, chlordane and BHC. Aroclors are recommended for chlorinated insecticide formulations to be used for non-crop spraying. Their low cost makes this use a most practical way to lower the ultimate cost of insect control.

Aroclors are compatible with various natural waxes, such as carnauba and others, including those used to formulate casting wax. Aroclors help impart to the finished casting wax a number of desirable properties: hardness without brittleness; resistance to shrinking; sharp definition; sharp melting point; and fire-resistance. Waxes formulated with Aroclors are non-tacky and highly stable. Aroclor-containing waxes are widely used in making dental castings, in the precision casting of aircraft parts, and for casting costume jewelry. Aroclors 1254, 4465 and 5460 are the ones most frequently used, the proportions dependent upon the properties required in the finished wax. Much of the highest quality precision casting wax used in the "lost wax" process is formulated with Aroclors.

Aroclors 1254, 1268 and 5460 are used in the manufacture of specialized abrasives. Because of their excellent bonding characteristics, high thermal stability and resistance to oxidation and corrosion — Aroclors are used as the carriers for abrasive materials. A major use is as part of the bonding agent in specialized grinding wheels.

For specialized lubricants requiring good extreme pressure (EP) characteristics, the liquid Aroclors make excellent additives. The Aroclors impart high temperature stability, excellent lubricating qualities, and weather and corrosion resistance. As an example, Aroclors are used to formulate grease and pipe thread compounds for use in oxygen systems. Greases formulated with Aroclors have a high chemical resistance, are suitable for use in contact with corrosive chemicals. Gear oil lubricants containing Aroclors have good resistance to sheer degradation and high

0509840

17
**Exhibit S**
**Page 22 of 48**

LEXOLDMON004636

temperature stability. Added in small amounts to railroad car journal box oils, Aroclors impart better extreme pressure lubricity and reduce the incidence of "hot boxes."

The heat-resisting, nonflammable characteristics of the Aroclors make them attractive in themselves as lubricants under conditions of high temperature. As an example: in governor systems of central power stations, Aroclor 1248 is well suited to this lubricating application.

Straight Aroclor 1254 gives excellent results on a roller bearing test operating at 255-260°F with much less carbonization or decomposition than the usual spindle oil under the same conditions.

As an extreme pressure (EP) lubricant base added to a petroleum hydrocarbon oil in amounts up to approximately 15% by weight, Aroclors 1248 and 1254 materially increase the load-carrying properties without reducing the viscosity of the resulting composition. These two Aroclors represent one of the more satisfactory carriers for the element chlorine as an extreme pressure base, possessing the following advantages:

1. STABILITY . . . even at higher temperatures, which assures there will be neither separation of components nor appreciable change in physical or chemical properties during long periods of operation.

2. NON-VOLATILE. Many other types of chlorine bearing compounds are so volatile as to render them unfit for long periods of service. The Aroclors are non-volatile at normal temperatures.

3. NON-OXIDIZING. Aroclors do not oxidize nor "thicken up" to an objectionable degree.

4. NON-CORROSIVE . . . toward metal surfaces.

5. NON-ABRASIVE. Aroclors exerts no abrasion on the machined surfaces.

6. NON-HYDROLYSIS. Aroclors do not hydrolyze in the presence of water, thus avoiding the generation of hydrochloric acid.

7. COMPATIBILITY. Aroclors are completely miscible with mineral oils.

8. COLOR. Aroclors do not darken or change the color of lubricating oil.

## Submerged Lubrication

Under conditions of lubrication subjected to exposure to water displacement such, for example, as lubrication of bridge rollers, a heavier-than-water lubricant can be prepared from mixtures of Aroclor and oil, of which the following are typical examples:

| Mix No. | % by weight | | | Gravity at 15.5°C. | Approx. Pounds Gal. |
| | Oil* | Aroclor 1248 | Pour Pt. | | |
|---|---|---|---|---|---|
| 1 | 50 | 50 | 0°F | 1.1263 | 9.4 |
| 2 | 25 | 75 | +5°F | 1.2703 | 10.6 |

| | |
|---|---|
| Viscosity 210°F-160 Saybolt Secs. | |
| Color ASTM | 7-8 |
| Flash Point | 545°F. |
| Pour Point | 15°F. |

*Bright Stock: Gravity API 22-23

0509841

Exhibit S
Page 23 of 48

LEXOLDMON004637

### Aroclors in Industrial Cutting Oils

Aroclor 1254 is used to formulate the finest quality "straight" and "soluble" or emulsifiable-type cutting oils. The Aroclor functions as an excellent extreme-pressure lubricant and it is far superior to aliphatic chlorinated hydrocarbons because of its higher order of thermal stability. The heat resistance is most important in cutting oils for machining high grade steel. With Aroclor cutting oils there is a lower degree of hydrolysis which minimizes the staining of the metal.

## AROCLORS IN ADHESIVES

Aroclors are outstandingly useful ingredients in the formulation of various types of adhesives. Besides a plasticizing action on the adhesive's resin base, they add valuable properties to the adhesive bond. Aroclors offer a variety of property improvements to adhesives based on polyvinyl acetate, to rubber cements and to hot melt adhesives.

Aroclors strongly resist attack by water, acids, alkalies and other common corrosive influences, as well as microorganism attack. By proper selection of materials, adhesives containing Aroclors can have outstanding resistance to most of the destructive factors that injure bonding properties.

### Hot-Melt Adhesives

A typical starting formulation for a cellulose acetate butyrate hot melt adhesive with Aroclor 5460 is:

|  | Parts by Weight |
|---|---|
| Half-second cellulose acetate butyrate | 35.00 |
| Aroclor 5460 | 30.00 |
| Dioctyl phthalate | 15.00 |
| Newport V-40 | 19.89 |
| Santonox* | 0.1 |
| Syn Fleur #6 | 0.01 |

The above coating can be applied at about 350°F. Ventilation should be provided.

A typical starting formulation for an ethyl cellulose hot melt adhesive with Aroclor 5460 is:

|  | Parts by weight |
|---|---|
| Ethyl cellulose, 50 cpr | 24 |
| Aroclor 5460 | 7 |
| Lopor No. 45 Mineral Oil | 57 |
| Bakers No. 15 Castor Oil | 5 |
| Epoxy soybean oil | 3 |
| Paraffin wax (m. p. 135°F) | 3 |
| Santonox* | 1 |

*Santonox: Monsanto Chem. Co. trademark, Registered U. S. Pat. Ofc.

0509842

Exhibit S [19]
Page 24 of 48

LEXOLDMON004638

## Heat Sealing Adhesives

Chlorinated rubber and Aroclors 1254 and 1260 make excellent heat sealing and label adhesives. These adhesives have high chemical resistance and extremely low moisture vapor transmission. A typical starting formulation is:

|  | Parts by weight |
|---|---|
| Parlon (125 centipoise type) | 20 |
| Aroclor 1254 | 6 |
| Aroclor 5460 | 6 |
| Toluene | 68 |

## PVAc Emulsion Adhesives

Aroclors 1221, 1232, and 1242 impart excellent tack and strong bonding power to polyvinyl acetate emulsion adhesives. They readily blend with simple stirring and since they are liquid at room temperature no pre-melting is required. The hardness required in the adhesive's end use can be varied to suit simply by selection of the Aroclor without materially changing other properties. The Aroclors are compatible with PVAc emulsions at a level of up to 11 parts of Aroclor in 100 parts of PVAc emulsion.

An excellent type of hot melt book binding adhesive can be made as follows:

|  | Parts by weight | | |
|---|---|---|---|
|  | Formula 17 | Formula 18 | Formula 19 |
| Gelva polyvinyl acetate resin V-7 | 100 | 65 | — |
| Ethyl cellulose | — | 15 | — |
| Gelva C-SV-16R | — | — | 100 |
| Santicizer 160 | — | 16 | — |
| Rosin WW | 75 | — | 75 |
| Dibutyl phthalate | 30 | — | 30 |
| Aroclor 1254 | 55 | 4 | 55 |

By changing the type of polyvinyl acetate resin utilized in the hot melt, the viscosity of the melt can be increased or decreased without changing the ratio of resin to plasticizer.

## Polyurethane Resin Adhesives

An excellent flocking adhesive containing Aroclor 1254 can be made as follows:

|  |  | Parts by weight |
|---|---|---|
| Part A — | Multranil FLD* | 100 |
|  | Aroclor 1254 | 20 |
|  | Mondur C | 5 |
| Part B — | Multranil FLD* | 100 |
|  | Mondur C | 5-10 |

Part A is applied to the fabric by knife coating and allowed to dry thoroughly. The fabric is then coated with Part B, and the material is flocked immediately.

*Mobay Chemical Co. trademark. Registered U. S. Pat. Off.

0509843

Exhibit S
Page 25 of 48

LEXOLDMON004639

### Epoxy Adhesives

Aroclors can be used to extend epoxy resin adhesives. The extending greatly reduces the formulation cost with a minimum effect on the bonding characteristics of the adhesive.

Aroclors can be used to extend or substitute Carnauba Wax and reduce the cost of the wax formulation. Several practical formulas are available using Aroclors to make wax blends that possess the qualities of Carnauba Wax. These blends can be used for automobile, wood, leather and linoleum polishes.

Selected Aroclors such as 5460 used in conjunction with various waxes make excellent impregnating compounds for furniture drawers, etc., to prevent sticking.

Resinous Aroclors used in combination with waxes make excellent and inexpensive sealers for concrete and masonry surfaces, wood, fiber board and paper products.

The Aroclors may be used to impregnate cloth, paper, wood or asbestos in order to impart moisture and gas resistance, adhesion, insulating properties, alkali or other chemical resistance, flame resistance, or lubricating qualities. For this type of formulation they are used in combinations with other materials such as waxes, inorganic pigments, asphalt, tars, aluminum stearate, sulphur, etc., in order to obtain exactly the physical characteristics desired for the specific purpose. Aroclors 1254, 4465 and 5460, or the corresponding dark-colored products, are suggested as most applicable.

Wood impregnated by vacuum-pressure method with the following mixture:

| | |
|---|---|
| Aroclor 4465 | 70% |
| Microcrystalline Wax | 20% |
| Sulfur | 10% |

. . . is definitely tougher, harder and more moisture resistant than untreated wood. This coating is very resistant to acids and alkalies but will be attacked by aromatic, aliphatic or chlorinated hydrocarbons. The surface is not appreciably discolored and can be painted. Various degrees of hardness and adhesion can be obtained by varying the Aroclor: wax: sulfur ratio.

0509844

Exhibit S
Page 26 of 48

LEXOLDMON004640

For use as moisture-proof coatings on wood, paper, concrete and brick, the Aroclors are best combined with waxes, especially paraffin or Carnauba, oils such as mineral oil or drying oils, and synthetic resins including modified alkyds, phenolics, chlorinated rubber, polystyrene, styrene-butadiene co-polymers, ethyl cellulose, cellulose acetobutyrate, benzyl cellulose or vinyl resins. Selection of materials for use in combination with Aroclors depends on end use requirements of the specific application.

The simplest compositions contain only Aroclor and paraffin. A moisture proofing compound composed of 96% (by weight) of Aroclor 5460 and 4% paraffin (melting point 54°C) has an ASTM softening point of about 82°C and is very efficient. Substituting Aroclor 4465 for Aroclor 5460 produces a compound with a softening point of about 58°C.

Softening point and viscosity when melted may be further decreased by using mixtures of Aroclors. For example, a composition containing 40% of Aroclor 1260, 56% of Aroclor 5460 and 4% of paraffin will be very soft at ordinary temperatures. Increased proportions of paraffin will also produce softer compounds.

An excellent melt coating for paper and cloth was reported by W. M. Gearheart and F. M. Ball, OFFICIAL DIGEST, Vol. 343, 1953:

| Half-second Butyrate | 50% |
|---|---|
| Dioctyl phthalate | 9.9% |
| Aroclor 1260 | 40% |
| Ionol | 0.1% |

This coating may be applied by knife or roller at 350°F; the applicatio. requires no solvent. This coating on paper or fabric has extremely good flexibility.

Aroclor 4465 is a useful resin for compounding rotogravure and other printing inks. A mimeograph ink suitable for use on bond paper contains the following ingredients:

| Aroclor 4465 | 40% |
|---|---|
| Lubricating Oil (SUV 1200 @ 100°F) | 35% |
| Paraffin Oil (SUV 76 @ 100°F) | 20% |
| Carbon Black | 4% |
| Oil Soluble Dye | 1% |

Aroclor 4465 may also be used in the preparation of imitation gold leaf. A thin coating of the Aroclor is applied hot to one side of paper. While it is still hot, bronze powder is spread upon the coating. The bronze powder adheres to the Aroclor completely covering the paper. This product is used in making the "gold

0509845

22

Exhibit S
Page 27 of 48

LEXOLDMON004641

leaf" letters on books, etc. The paper treated with Aroclor and bronze powder is placed upon the book binding. A hot die is pressed upon it. The Aroclor softens and sticks the bronze to the binding and forms a coating over it to protect it from tarnishing.

The Aroclors are also used as vehicles for carrying the pigments used in glass decoration. When the decorations have been applied and the glass is fired, the Aroclors volatilize without carbonization and thus avoid discoloration of the glass. Aroclors 1254 and 4465 are used for ceramic decoration.

## PAPER TRANSPARENTIZER

A treating liquid that makes paper transparent for use as tracing paper, window envelopes, and special packaging can be formulated with Aroclor 5460 and polybutenes. A typical economical formulation is:

| | |
|---|---|
| Aroclor 5460 | 30% |
| Indopol H-300 | 25% |
| Toluene | 45% |

In the paper treating formula, the proportions of Aroclor to Indopol may be varied from 2:1 to 1:2 respectively.

## MASTICS, SEALING AND CAULKING COMPOUNDS

Aroclors and polybutenes can be blended with inorganic fillers to make excellent sealing and caulking compounds. A typical "filler" would be:

| | |
|---|---|
| Whiting | 50% |
| Talc | 30% |
| Lithopone | 10% |
| 7 M Asbestos | 10% |

By combining selected Aroclors and Indopol polybutenes, it is possible to produce a wide range of hardness, viscosity, flow and bonding characteristics in durable sealing and caulking compounds.

Excellent mastics, too, can be prepared by blending selected Aroclor resins with Indopol polybutenes. The mastics have good adhesive qualitites for specialized uses such as sealing of automobile body construction.

## PERMANENT TACK COATINGS

Aroclors and Indopol polybutenes can be blended in a variety of proportions to make permanently tacky coatings. These coatings may be applied to fabric or paper to provide a permanently "sticky" surface. Insecticides, for example, can be blended into such coatings to make insect traps or insect barriers on tree trunks for tree foliage or fruit protection. These coatings can also be used for tapes and sign backing.

0509846

LEXOLDMON004642



# aroclors in plastics



*Aroclors are valuable as low cost plasticizers for a variety of applications. Aroclors improve chemical resistance, flame retardance, oxidation resistance, and reduce the cost of plasticized elastomers. Depending upon the use, the various Aroclor compounds offer a number of benefits to the user.*

In almost all formulations, the use of a selected Aroclor as a plasticizer reduces the cost per pound of the formulation.

Another valuable use of Aroclors in the plastics field is as a grinding and dispersing medium for pigments.

The Aroclor compounds are compatible with most common plastic materials; they are compatible to the extent of practical use with the following:

Asphalt
Benzyl Cellulose
Carnauba Wax
Cellulose Acetate Butyrate
Chlorinated Rubber
Coumarone-Indene Resins
Dammar Resin
Ester Gum
Ethyl Cellulose
Epoxy Resins
Manila Gum
Nitrocellulose
Paraffin
Phenolic Resins
Polyethylene
Polyester Resins
Polystyrene Resins
Polyiso-Butylene
Polyurethanes
Polyvinyl Acetate
Polyvinyl Chloride and
    Polyvinyl Butyral
Polyvinylidene Chloride
Rosin
Rubber
Styrene Butadiene Co-Polymers
Vinyl Resins

0509847

24

**Exhibit S**
**Page 29 of 48**

LEXOLDMON004643

Aroclors are not compatible with cellulose acetate or with phenolic resins in the final stage of condensation.

In selecting the proper Aroclor for a given use, the degree of *flexibility* imparted increases progressively in the order of: hard resinous Aroclor, soft resinous Aroclor, liquid Aroclor. Conversely, the *hardness* of the plasticized elastomer increases progressively with the choice of: liquid Aroclor, soft resinous Aroclor, hard Aroclor resin.

## POLYVINYL CHLORIDE

The Aroclors are valuable as secondary plasticizers, or plasticizer-extenders for polyvinyl chloride formulations. The Aroclors impart greatly improved chemical resistance over conventionally ester-plasticized compositions. For example, a formulation plasticized with 3 parts of DOP and 1 part of Aroclor 1254 shows the best chemical resistance of any plasticized polyvinyl chloride formulation evaluated to date.

Aroclor 1262, when used as a co-plasticizer with DOP, greatly reduces the amount of migration of the plasticizer to nitrocellulose lacquers. Aroclor 5460 is frequently used as a plasticizer-resin-extender to make flameproof vinyl tiling compositions.

In vinyl chloride co-polymer resins for solution application, the combination of Aroclor 5460 and Aroclor 1254 is widely used because of its outstanding chemical resistance.

## RUBBER—NATURAL AND SYNTHETIC

The liquid Aroclor compounds — 1221, 1232, 1242 and 1248 — have a strong plasticizing action on rubber, both natural and synthetic. Aroclors 1254 and 1260,



0509848

Exhibit S
Page 30 of 48

LEXOLDMON004644

when milled into rubber, impart permanent tackiness and adhesion to the composition.

Aroclors 2565, 4465, 5460 and 1268, when incorporated in neoprene rubber in amounts as high as 40 parts per 100 parts of rubber make compositions that are extremely flame retardant.

The Aroclors generally show a high degree of compatibility with epoxy resins; this group of materials is one of the very few plasticizers that possess such high compatibility with these materials. The lower Aroclor numbers, 1221 and 1232, impart a high degree of flexibilizing to epoxy compounds. The more resinous and solid Aroclors have little effect on the flexibility of the compound; in fact, they tend to act as reinforcing materials. Aroclors have little effect on epoxy resins' hardness, tensile or compressive yield strength. The ultimate compressive strength can be improved by using solid Aroclors in phthalic anhydride cured systems.

All of the Aroclors, when used at a rate of 15 to 20 parts per hundred of resin, greatly retard the burning rate of epoxy compositions. If a small amount of antimony oxide is added in addition to the Aroclor compounds, the materials then become non-burning.

Aroclor 5460, when used in low density polyethylene to the extent of 20% — in combination with 10% antimony oxide — makes the compound self extinguishing. Compared to other materials that make polyethylene self extinguishing, Aroclor 5460 has much less effect on tensile, yield and elongation properties. In addition, the heat stability of the Aroclor compound is greatly superior to the other materials commonly used to make polyethylene self-extinguishing.

Incorporation of the solid, resinous Aroclors will make asphalt self extinguishing. Possible applications of this type of formulation include caulking compounds, roofing compounds and sound-deadening coatings. Normally, 30% of an Aroclor such as 5460 will make an asphalt mixture that is self extinguishing.

Incorporation of Aroclor in a polyester resin in combination with antimony oxide greatly reduces the burning rate of polyester resins. A mixture of sufficient amounts of selective Aroclors will produce polyesters that are self extinguishing.

Considerable interest has been displayed in the use of Aroclors in phenolic laminating resins, to make compounds that are flame resistant. Normally, the higher molecular weight Aroclor, such as Aroclors 1260, 1262 and 5460 are evaluated for this purpose.

26

0509849

Exhibit S
Page 31 of 48

LEXOLDMON004645



*Aroclors are soluble in paint and varnish oils and solvents and are compatible with most film-forming coating resins. The Aroclor compounds improve adhesion to the substrate. Adding Aroclors to paint, varnish or lacquer formulations imparts properties to the film that correspond to the particular character of the Aroclor used. The hard, resinous Aroclors tend to give increased hardness to films; the viscous Aroclors impart flexibility.*

*Aroclors are excellent grinding and dispersion media for pigments used in paints and varnishes. Aroclor 1254 is used to disperse aluminum powder in a paste form which can be incorporated easily into paints and varnishes. The Aroclor imparts excellent leafing qualities, brightness or luster and does not tarnish the aluminum pigment on aging. Moreover, the coating composition does not support combustion.*

# aroclors in paint, varnish and lacquer formulations



## VARNISHES AND ALKYDS

Aroclors 4465 and 5460 will produce paints that are very quick drying and yet have excellent durability. The weight of Aroclor used may be from 30% to 50% of the weight of the oils.

The Aroclors do not react chemically with oils, hence there is no advantage in heating together in making a varnish. They are best added as a "chill back" or as a cold cut in the thinning operation. As far as incorporation of the Aroclors is concerned, the only reason for heating is to make the Aroclors liquid so they can be more readily mixed with the oils.

Aroclor 1260 is best for short oil varnishes that are required at the same time to be flexible. The Aroclors impart water and alkali resistance, and with these qualities enhance the value of the other resins used in the varnish. The suggested starting formulation is two parts by weight of oil, one part of Aroclor 1260 and one part of other resin. These

0509850

0509850

*aroclor 1254 in yellow traffic paint.*

27

**Exhibit S**
**Page 32 of 48**

LEXOLDMON004646

proportions can be varied as required. The Aroclor may be considered to function in the formulation as an oil, with the difference that it does not oxidize and lose its flexibility.

Resins of the alkyd, phenolic or ester gum type, with a harder Aroclor such as 5460, may also be used in making varnish formulations.

## EPOXY RESIN COATINGS

The high compatibility of Aroclor compounds with epoxy resins makes these materials of great value in formulating epoxy coatings. Normally, 10 to 15% of Aroclor 1260 or 1262 is added to the epoxy composition to improve flexibility with a minimum effect on the corrosion resistance and adhesive characteristics of the film.

## NITROCELLULOSE COATINGS

In pyroxylin or nitrocellulose lacquers, the Aroclors can function both as plasticizers modifying the properties of the film and as film-forming bodying resins. Aroclors are highly compatible with nitrocellulose and with other resins and plasticizers commonly used in lacquer formulating. They impart weather resistance, luster, adhesion and decreased burning rate. The Aroclors' excellent electrical characteristics (high dielectric strength and resistivity and low power factor) and their property of retarding the passage of moisture and gases through nitrocellulose make the Aroclors of special value in coatings for electrical insulating materials.

To illustrate the modification possible to obtain by changes in formulation, three lacquer formulas are given below. All have excellent durability but the third is much softer and more flexible than the other two. Only the solids contents are given. The amounts tabulated are parts by weight.

### Aroclor Lacquers

|  | No. 1 | No. 2 | No. 3 |
|---|---|---|---|
| ½ second Nitrocellulose (dry) | 100 | 100 | 100 |
| Dammar resin | 80 | — | — |
| Ester Gum | — | 80 | — |
| Aroclor 1260 | 20–39 | 20 | 30–70 |
| Dibutyl Phthalate | 20–0 | 20 | — |
| Tricresyl Phosphate | — | — | 39–70 |

No. 1 and No. 2 have excellent sanding and polishing qualities. No. 3 is very flexible but too soft for sanding.

Where extremely high flexibility is desired, as for example in lacquers for high tension automotive cables, the following composition is suggested:

| 15-20 second R. S. Nitrocellulose | 100 parts by weight |
|---|---|
| Tricresyl Phosphate | 120 parts by weight |
| Aroclor 1242 | 80 parts by weight |

The accompanying trilinear diagrams show the practical compatibility limits of Aroclors 1254 and 1262 when used in combination with some other resins and plasticizers. Aroclor 1260 gives values almost the same as those shown for 1262. The less viscous Aroclors have greater compatibility; the more resinous Aroclors have less compatibility than the ones shown.

0509851

28

LEXOLDMON004647

In the trilinear diagrams, the compositions, represented by any point in the unshaded areas, are those which produce homogeneous lacquer films. On the other hand compositions represented by points in the shaded areas produce impractical, segregated, brittle or soft films. For detailed information as to the derivation and use of these diagrams reference is made to the following articles:

Jenkins & Foster, "Compatibility Relationships of the Aroclors in Nitrocellulose Lacquers," Ind. Eng. Chem. 23, 1362 (1931).

Hofmann & Reid, "Graphical Methods in Lacquer Technology," Ind. Eng. Chem. 20, 431 (1928); "Formulation of Nitrocellulose Lacquers," Ind. Eng. Chem. 20, 687 (1928).



For combinations where the resin is Ester Gum or Amberol and where the Aroclor is Aroclor 1254 or Aroclor 1262.

0509852



For combinations where the resin is of the phthalic anhydride-glucerol type and where the Aroclor is Aroclor 1262.°

°Aroclor 1260 may be substituted without material change.

For combinations where the resin is of the phthalic anhydride-glycerol type and where the Aroclor is Aroclor 1254.

0509853

30

**Exhibit S**
**Page 35 of 48**
LEXOLDMON004649



For combinations where the Aroclor resin is Aroclor 1262* and where the plasticizer is Dibutyl Phthalate.

*Aroclor 1260 may be substituted without material change.

For combinations where the Aroclor resin is Aroclor 1252* and where the plasticizer is Tricresyl Phosphate.

0509854

31
**Exhibit S**
**Page 36 of 48**

LEXOLDMON004650

## CHLORINATED RUBBER AND STYRENE-BUTADIENE COPOLYMERS

Aroclors are outstanding for compounding modified rubber finishes. They impart exceptional corrosion resistance, chemical resistance, oxidation resistance to these coatings, and improve adhesion. Typical applications include masonry coatings for swimming pools, stucco homes and highway paints, as well as protective and decorative coatings for steel structures, railway tank and gondola cars, wood and metal maritime equipment.

In rubber base coatings, Aroclor 1254 is used as a liquid flexibilizing plasticizer and commonly used in combination with Aroclor 5460 which serves as a resin fortifier. The outstanding chemical resistance, corrosion resistance and oxidation resistance of rubber base Aroclor coatings make them outstanding protective coatings for chemical plants, boats, highway marking, and masonry. Monsanto Technical Bulletins No. PL-306, PL-311, and PL-326 cover the use of Aroclors in rubber-base coatings.



0509855

Exhibit S
Page 37 of 48

LEXOLDMON004651

## CELLULOSE ACETATE-BUTYRATE LACQUERS

The higher Aroclor compounds are widely used with cellulose acetate butyrate, in the manufacture of low-cost lacquers that are flame resistant. Typical uses for this type of lacquer include paper coating, lacquers for plastics and strippable coatings for paint booths.

A typical paper lacquer with minimum tendency to curl is reported[*] to contain the following:

|  | By Weight |
|---|---|
| Half-second Butyrate | 20% |
| Aroclor 1260 | 20% |
| Acetone | 10% |
| Isobutyl Acetate | 10% |
| Ethyl Alcohol | 10% |
| Toluene | 30% |

## ETHYL CELLULOSE COATINGS

The Aroclors are highly compatible with ethyl cellulose. The liquid Aroclors impart great flexibility, the resinous Aroclors impart great hardness. For example, 75 parts by weight of Aroclor 1242 with 100 parts of ethyl cellulose produces great flexibility and a slight tackiness. Aroclor 5460 on the other hand — in the same proportion — produces a very hard and somewhat brittle composition.

For coatings of high gloss and exceptional weathering properties to be applied to rigid surfaces, compositions containing equal parts by weight of Aroclor 5460 and ethyl cellulose are recommended. For more flexibility in the coating one of the softer Aroclors should be used — either alone or as a partial replacement for the Aroclor 5460.

Ethyl cellulose formulations plasticized with Aroclors find end use applications as protective lacquers, adhesives, and as strippable coatings.

The solid Aroclor compounds, such as Aroclor 5460 are widely used in hot melt applications for the protection of tools and metal parts. They are normally used with ethyl cellulose or cellulose acetate-butyrate resins.

## CREPE RUBBER COATINGS

Aroclor 1262 is used as a low cost plasticizer for crepe rubber in paint compositions. Used in concentrations of 5 to 50% based on the weight of the rubber polymer, it increases the gloss and alkali resistance of the film and strengthens the adhesion of the film to steel.

[*]W. M. Gearheart and F. M. Ball, OFFICIAL DIGEST, Vol. 343, 1953.

0509856

33

AROCLOR
1242

0509857

Exhibit S
Page 39 of 48
LEXOLDMON004653



appendix

## METHODS FOR EMULSIFYING AND MAKING STOCK SOLUTIONS OF AROCLORS

There are several simple methods for making Aroclor emulsions; the one used may be selected to suit the kind of Aroclor and type of formulation in which it will be used.

### Emulsifying Viscous Aroclors

| | |
|---|---|
| (Portion 1) | 16 lbs. of Aroclor |
| | 1 lb. of Stearic Acid |
| (Portion 2) | 8 lbs. of water |
| | 4 oz. Triethanolamine |

Heat the Aroclor to a workable viscosity (180°F plus) and stir in the stearic acid thoroughly. Heat the water to almost boiling (207°F) and stir in the triethanolamine thoroughly. Pour the Aroclor-stearic acid portion *into* the water portion agitating vigorously. Then process the combined portions with a high-speed emulsifying stirrer . . . or process through a colloid mill.

### Emulsifying Liquid Aroclors

| | |
|---|---|
| (Portion 1) | 100 parts Aroclor 1254 |
| | 4 parts Oleic Acid |
| (Portion 2) | 92 parts water |
| | 2 parts Ammonium Hydroxide (28%) |
| | 2 parts Lustrex® X-810 |

Mix the ammonium hydroxide and Lustrex X-810 thoroughly in the warmed water, using vigorous agitation. Mix the Aroclor 1254 and Oleic Acid, heat to 45°C and agitate vigorously. Maintain the 45°C temperature and agitation — and add in *slowly* the water portion. Continue agitation for one-half hour till phase inversion is complete.

### Emulsifiable Concentrated Stock Solutions of Aroclors

79 parts of Aroclor
16.70 parts of toluene
3.55 parts of isopropyl alcohol
1.00 parts of Sterox® CD (non-ionic emulsifier)
0.75 parts of Santomerse® #3 (anionic wetting agent)

The above formulation is readily emulsifiable with water. If the more resinous Aroclors are used, increase the amount of toluene (or xylene) as needed to dissolve the Aroclor resin.

°Trademarks Monsanto Chemical Co., Reg. U. S. Pat. Off.

0509858

LEXOLDMON004654

## SOLUBILITY OF AROCLORS IN 100 MILLILITERS OF VARIOUS SOLVENTS

| Aroclor | 1242 | | 1248 | | 1254 | | 4465 | | 5460 |
| Type of Solvent | 25°C | Hot | 25°C | Hot | 25°C | Hot | Cold | Hot | 25°C |
|---|---|---|---|---|---|---|---|---|---|
| **Acid** | | | | | | | | | |
| Acetic Acid | S | S | — | — | S | S | SS | S | — |
| Oleic Acid | S | S | — | — | S | S | S | VS | — |
| Benzoic Acid | 10.0 31°C | — | 10.0 32°C | — | — | — | — | — | — |
| **Aldehyde** | | | | | | | | | |
| 40% Formaldehyde | I | I | I | I | I | I | I | I | — |
| Furfural | VS | VS | VS | VS | VS | VS | VS | VS | — |
| **Amine** | | | | | | | | | |
| Aniline | S | S | — | — | S | S | VS | VS | — |
| Pyridine | 132.5 30°C | 440 99°C | — | — | 114 31°C | 425 100°C | VS | VS | — |
| **Chloro — derivatives** | | | | | | | | | |
| Amyl chlorides—mixed | S | S | S | S | S | S | VS | VS | — |
| Carbon Tetrachloride | S | S | S | S | S | S | VS | VS | 156 |
| Chloroform | S | S | S | S | S | S | VS | VS | — |
| Dichlorethylene | — | — | — | — | — | — | VS | VS | — |
| Ethylene Dichloride | S | S | S | S | S | S | VS | VS | — |
| Monochlorobenzene | S | S | S | S | S | S | VS | VS | — |
| Orthodichlorobenzene | — | — | — | — | — | — | VS | VS | — |
| Tetrachlorethane | S | S | S | S | S | S | VS | VS | — |
| Trichlorethane | S | S | S | S | S | S | VS | VS | — |
| Trichlorethylene | S | S | S | S | S | S | VS | VS | — |
| **Drying Oil** | | | | | | | | | |
| Tung Oil | S | S | S | S | S | S | VS | VS | — |
| Linseed Oil | S | S | S | S | S | S | VS | VS | — |
| **Ester** | | | | | | | | | |
| Amyl Acetate | S | S | S | S | S | S | VS | VS | — |
| Butyl Acetate | S | S | S | S | S | S | VS | VS | — |
| Cellosolve Acetate | S | S | S | S | S | S | VS | VS | — |
| Cottonseed Oil | S | S | S | S | S | S | S | VS | — |
| Dibutyl Phthalate | S | S | S | S | S | S | S | VS | — |
| Diethyl Phthalate | S | S | S | S | S | S | S | VS | — |
| Ethyl Acetate | S | S | S | S | S | S | S | VS | — |
| Ethyl Lactate | S | S | S | S | S | S | VS | VS | — |
| Ethylene Glycol Diacetate | S | S | S | S | S | S | VS | VS | — |
| Methyl Acetate | S | S | S | S | S | S | S | S | — |
| Tricresyl Phosphate | S | S | S | S | S | S | SS | S | — |
| Ether: Ethyl Ether | S | S | S | S | S | S | S | — | — |
| **Ether Alcohol** | | | | | | | | | |
| Carbitol | 224 31°C | 307 99°C | VS | VS | 173 26°C | 259 98°C | SS | — | — |
| Cellosolve | S | S | S | S | S | S | S | — | — |
| Diethylene Glycol | — | — | — | — | — | — | S | — | — |
| p-p' Dihydroxy Ethyl Ether | 16.9 23°C | 19 99°C | SS | SS | 8 30°C | 10 100°C | SS | — | — |
| **Hydrocarbon** | | | | | | | | | |
| Benzene | VS | VS | VS | VS | VS | VS | VS | VS | 143 |
| Gasoline | VS | VS | VS | VS | VS | VS | VS | VS | — |
| Kerosene | VS | VS | VS | VS | VS | VS | VS | VS | — |
| Mineral Spirits | VS | VS | VS | VS | VS | VS | VS | VS | — |
| Paraffin | 2.0 27.5°C | S | 2.0 28°C | S | — | S | <5.0 | S | — |
| Pine Oil | S | S | VS | VS | S | S | S | S | — |
| Toluene | VS | VS | VS | VS | VS | VS | VS | VS | 142 |
| Turpentine | VS | VS | VS | VS | VS | VS | VS | VS | — |
| Xylene | VS | VS | VS | VS | VS | VS | VS | VS | 178 |
| **Hydroxy — derivatives** | | | | | | | | | |
| Amyl Alcohol | S | S | — | — | S | S | S | S | — |
| n-Butyl Alcohol | S | S | — | — | S | S | SS | S | — |
| Ethyl Alcohol (3-A) | 23.3 29°C | 80.0 70°C | — | — | 10 27°C | 28 75°C | SS | — | — |
| Glycerine | I | I | I | I | I | I | I | I | — |
| Methyl Alcohol | 42.5 29°C | 88.5 60°C | — | — | 15 26°C | 22.2 65°C | SS | — | — |
| Phenol—90% | 194 30°C | S | — | — | SS | S | S | S | — |
| **Ketone** | | | | | | | | | |
| Acetone | S | S | — | — | S | S | S | S | 260 |
| **Miscellaneous** | | | | | | | | | |
| Carbon Disulfide | S | S | — | — | S | S | VS | VS | — |
| Nitrobenzene | S | S | — | — | S | S | VS | — | — |
| Water | I | I | I | I | I | I | I | I | — |

I—Insoluble  S—Soluble  SS—Slightly Soluble  VS—Very Soluble

Figures show grams of Aroclor per 100 milliliters of solvent at 25°C unless otherwise indicated.

36

0509859

LEXOLDMON004655



VAPOR PRESSURE
OF
AROCLORS

$\frac{1}{T} \times 10^3$ T in DEGREES (KELVIN)

VAPOR PRESSURE — mm MERCURY

TEMPERATURE DEGREES C

1242

1254

1248

1260

0509860

LEXOLDMON004656

## VAPORIZATION RATES

### At 100°C and 760 mm. Hg.

| Sample | Wt. Loss Gms. | Hours Exposure | Surface Area Cm.² | Vaporization Rate gms./cm.²hr. |
|---|---|---|---|---|
| Aroclor 1221 | 0.5125 | 24 | 12.28 | 0.00174 |
| Aroclor 1232 | 0.2572 | 24 | 12.28 | 0.000874 |
| Aroclor 1242 | 0.0995 | 24 | 12.28 | 0.000338 |
| Aroclor 1248 | 0.0448 | 24 | 12.28 | 0.000152 |
| Clorafin-42-S | 0.0745 | 48 | 12.28 | 0.000126 |
| DOP (dioctyl phthalate) | 0.0686 | 48 | 12.28 | 0.000117 |
| Dutrex 25 | 0.0256 | 24 | 12.28 | 0.000087 |
| Aroclor 1254 | 0.0156 | 24 | 12.28 | 0.000053 |
| Dutrex 20 | 0.0047 | 24 | 12.28 | 0.000016 |
| Aroclor 1262 | 0.0039 | 24 | 12.28 | 0.000013 |
| Aroclor 1260 | 0.0026 | 24 | 12.28 | 0.000009 |
| Aroclor 4465 | 0.0064 | 72 | 12.28 | 0.000007 |
| Aroclor 1270 | 0.0045 | 72 | 12.28 | 0.000005 |
| Aroclor 5442 | 0.0039 | 72 | 12.28 | 0.000004 |
| Aroclor 5460 | 0.0032 | 72 | 12.28 | 0.000004 |
| Tricresyl phosphate | 0.0010 | 24 | 12.28 | 0.000003 |

## APPROXIMATE VAPOR PRESSURES
### CALCULATED AT 100° F (37.8° C)

| | |
|---|---|
| Aroclor 1232 | 0.005 mm. Hg. |
| Aroclor 1242 | 0.001 mm. Hg. |
| Aroclor 1248 | 0.00037 mm. Hg. |
| Aroclor 1254 | 0.00006 mm. Hg. |

0509861

38

Exhibit S
Page 43 of 48

LEXOLDMON004657

## RESISTANCE OF STRUCTURAL MATERIALS TO AROCLORS

Aroclor Number

| Metals | 1248 25°C | 1248 125°C | 1254 25°C | 1254 125°C | 4465 125°C | 5460 125°C |
|---|---|---|---|---|---|---|
| Aluminum | R | R | R | R | °RR | RR |
| Copper | R | D | R | D | D | D |
| Magnesium | RR | R | R | R | RR | °RR |
| Nickel | RR | R | R | RR | RR | R |
| Silver | R | R | R | R | R | R |
| Tin | R | R | R | R | R | R |
| Zinc | R | R | R | R | R | RR |
| Mild Steel | RR | R | RR | RR | R | RR |
| Phosphor Bronze | R | D | R | R | R | R |
| Red Brass | D | D | R | D | R | De |
| Stainless Steel (Type 316) | RR | RR | RR | RR | RR | RR |
| Yellow Brass | R | Re | R | De | Re | Re |
| **Plastics** | | | | | | |
| Alkyd Resin No. 46594-12 | °P | P | °P | P | P | P |
| Alkyd Resin No. 46594-13A | °D | P | °D | P | P | P |
| Cellulose Acetate (Fibestos) | D | P | D | P | P | P |
| Durite Phenol Furfural Resin | °D | P | °R | P | D | P |
| Formvar Highly Plasticized | De | T | Pe | T | T | T |
| Formvar Low Plasticized | PS | T | PS | T | T | T |
| Glyptal 1276 | R | P | D | P | P | P |
| Glyptal 7136 | °D | T | °R | T | T | T |
| Maleic Resin No. 46594-13B | P | P | °P | P | P | P |
| Maleic Resin No. 46594-13C | P | P | °R | P | P | P |
| Plexiglas (Methyl Methacrylate) | °D | P | °D | P | P | P |
| Polystyrene (Lustron B) | P | T | P | T | T | T |
| Resinox Mineral Filled Melamine Resin | °D | °P | °R | R | °P | °D |
| Resinox Wood Flour Filled Melamine Resin | °D | P | °R | D | R | P |
| Resinox Mineral Filled Phenol Formaldehyde | °D | D | °D | D | R | P |
| Resinox Wood Flour Filled Phenol Formaldehyde | °D | P | °D | °R | D | P |
| Resinox Rag Filled Phenol Formaldehyde | °D | D | °D | °D | °D | P |
| Urea Formaldehyde Resin (Plaskon Co.) | °D | P | °D | °P | P | P |

Meaning of Abbreviations:

°—Based on weight gain calculated as penetration value shown.

RR—Excellent resistance—less than $1.0 \times 10^{-6}$ cm/day penetration or .00014 in/yr.

R—Good resistance—has penetration between $1.0 \times 10^{-6}$ and $10 \times 10^{-6}$ cm/day or between 0.00014 and 0.0014 in/yr.

D—Doubtful resistance; penetration between $10 \times 10^{-6}$ cm/day and $100 \times 10^{-6}$ cm/day or between 0.0014 and 0.014 in/yr.

P—Poor resistance—penetration greater than $100 \times 10^{-6}$ cm/day or 0.014 in/yr.

PS—Poor resistance due to visible local action although weight change indicates greater resistance.

e—Following the letter indicating resistance signifies material may be better than indicated if totally immersed since weight loss is believed to come from oxidation of the part of test strip exposed to air.

T—Material alone will not stand temperature.

0509862



VISCOSITY RANGES OF SOME OF THE AROCLORS

0509863

40

Exhibit S
Page 45 of 48

LEXOLDMON004659



DENSITIES OF AROCLORS AT VARIOUS TEMPERATURES





0509864

**Exhibit S**
**Page 46 of 48**

LEXOLDMON004660

At ordinary temperatures Aroclors have not presented industrial toxicological problems. Where Aroclor vapors may be encountered in workrooms, local exhaust ventilation together with general workroom exhaust is recommended.

Skin patch tests with a polyvinyl chloride free film plasticized with 11.5% by weight of Aroclor 1254 (about 25% based on the weight of the vinyl resin) and a similar amount of dioctyl phthalate showed that this film was not a primary irritant or a sensitizer. Skin patch tests with Aroclor 1254 alone applied to gauze and placed in contact with the skin showed no primary irritancy or sensitization. Other skin patch tests using canvas coated with Aroclor 5460 and an oil modified alkyd resin, in such a manner that the Aroclor concentration in the paint film on the fabric was about 17% by weight of paint solids and the finished coated fabric contained approximately 7% by weight of Aroclor 5460 showed that this painted fabric did not produce a primary irritancy or sensitization of the skin.

If Aroclors are spilled on the skin, the skin should be washed in the usual manner with soap solutions. If accidental burns occur from contact with hot Aroclors, the burn should be treated the same as any ordinary burn. Aroclor adhering to the burned area need not be removed immediately unless treatment of the burn demands it, in which case use soap and water or repeated washings with a vegetable oil.



0509865

Exhibit S
Page 47 of 48

42

LEXOLDMON004661

fire retardant
inert
shear resistant
heat stable
lubricating

## aroclors for...

physically "adjustable"
adhesive
non-volatile
low cost
thermoplastic

FILM FORMING

IMPREGNATING

INSULATING

HEAT TRANSFER

DEDUSTING

INERT MATRIXES

PLASTICIZING

BULKING

COATING

"TACKIFYING"

REDUCING VOLATILITY

Aroclors are the only low cost, inert, inter-compatible liquids and solids whose intermixing can provide insulating, lubricating, fire retardant liquids ranging from the consistency of light mineral oil to the most viscous syrup (or solid resin) which will do so many jobs in industry.

Division ∘ 800 North Lindbergh Blvd. ∘ St. Louis 66, Missouri

The information in this bulletin is, to our best knowledge, true and accurate, but all recommendations or suggestions are made without guarantee, since the conditions of use are beyond our control. The Monsanto Chemical Company disclaims any liability incurred in connection with the use of these data or suggestions. Furthermore, nothing contained herein shall be construed as a recommendation to use any product in conflict with existing patents covering any material or its use.

0509866

Exhibit S
Page 48 of 48

LEXOLDMON004662

# EXHIBIT T



# PLASTICIZER PATTER



J. R. Darby
Res-JFQ

MONSANTO TRADE LITERATURE
PERMANENT FILE

# 399-

MONSANTO CHEMICAL COMPANY
ORGANIC CHEMICALS DIVISION
ST. LOUIS 24, MISSOURI

February, 1961

## END USES FOR AROCLOR COMPOUNDS

### INDEX

|  | Page |
|---|---|
| GENERAL INFORMATION | 1 |
| SURFACE COATINGS | 3 |
| ADHESIVES AND SEALERS | 8 |
| PLASTIC APPLICATIONS | 11 |
| MISCELLANEOUS | 15 |

## FOR SALESMEN'S USE ONLY

Recommendations are made without guarantee since conditions of
use are beyond our control. Nothing herein should be construed as
recommendations to violate patents covering any material or its use.

Exhibit T
Page 2 of 20
0627503

END USES FOR AROCLOR COMPOUNDS

GENERAL

You remember some time ago you cooperated with us in supplying information about where your customers are using Aroclor compounds and the reasons why they were using them.  This survey covered all accounts that purchased over 5,000 pounds of Aroclor annually.  Your aid in this project was deeply appreciated.  We have now compiled these results and this is the way it stacks up.  We hope this will be useful to you in suggesting new uses or applications for the Aroclors and increasing your sales of these products.

SURFACE COATINGS are the largest single outlet for the Aroclor compounds. The adhesion, cost, chemical resistance, and flame resistance of these Aroclors are of tremendous importance.

The ADHESIVES Industry also consumes large quantities of Aroclors.  In the adhesive field the adhesion, cost, and flame retardancy are the three most commonly mentioned reasons for the use of these products.

The PLASTICS Industry also consumes sizeable quantities of Aroclors depending upon the type of end application.  The reasons most commonly mentioned for using the Aroclors are adhesion, cost, flame retardancy.

The miscellaneous category includes all types of applications, some of which are large, some of which are very small.  However, we have outlined these applications in the attached sheets.

The attached write-ups are for your own use only, and not to be shown to customers.  You will note we have shown four categories in order to give you an idea of our volume in each field.  The break down on these is shown below.

| | |
|---|---|
| Large | 500,000 pounds and over |
| Good | 250,000 - 500,000 pounds annually |
| Fair | 100,000 - 250,000 pounds annually |
| Minor | Less than 100,000 pounds annually |

You will note a practical potential figure.  This is an indication of the number of times we could probably expand our participation in this field with effort.

We have shown products used.  These are in descending order of use in the field of application.

We have shown the number of customers for each particular application and the number of bulk and truckload customers to give you a better understanding of the field; as well as the number of times a reason for using the Aroclors appeared in this particular field.

Exhibit T
Page 3 of 20
0627504

In addition to giving you a summary page on the entire field, we are backing this up with a list of patents that have appeared in each field and slants from your call reports. We hope this will aid you greatly in getting a better understanding of the Aroclor field, plus aiding you in your sell-more Aroclor program.

0627508

Page 3

SURFACE COATINGS

| TYPE | VOLUME | POTENTIAL | AROCLOR PRODUCTS USED | # Customers | # Bulk or TL Cost | Adhesion | Cost | Oxidation | Chem. or Corrosion Resistance | Flame Resistance | Melt Point | Viscosity | Extraction | Water Resistance |
|------|--------|-----------|------------------------|-------------|-------------------|----------|------|-----------|-------------------------------|------------------|------------|-----------|------------|------------------|
| Chlorinated Rubber | Large | 1.5 | 1252, 5460, 1260, 1248, 1242 | 31 | 5 | 7 | 13 | 4 | 13 | 6 | 1 | 5 | 4 | - |
| Nitrocellulose | Large | 2 | 1254, 5460, 1260, 4465 | 13 | 1 | 4 | 12 | 2 | -- | 1 | - | - | 1 | 1 |
| Polyvinyl Chloride | Large | 3 | 1254, 5460, 1260 | 7 | 3 | 2 | 3 | - | 4 | 4 | - | - | - | - |
| Styrene-Butadiene | Good | 6 | 5460, 1254, 1242 | 10 | 1 | 2 | 2 | - | - | 3 | - | 1 | - | 1 |
| Epoxy | Fair | 5 | 1242, 1260, 1254, 1248, 1268, 5460 | 7 | 0 | 3 | 6 | - | 3 | 2 | - | 1 | 1 | - |
| Silicone | Minor | 5 | 1242, 5460, 4465 | 3 | 0 | - | - | - | - | - | - | - | - | - |
| Polyvinyl Acetate | Minor | 5 | 1260, 1254, 5460 | 4 | 0 | 4 | 3 | - | - | 2 | - | - | - | - |
| Asphalt | Minor | 10 | 1254, 1248, 1260 | 3 | 0 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - |
| Phenolic | Minor | 5 | 5460, 4465 | 3 | 0 | 2 | 1 | - | 1 | 2 | - | - | 2 | - |
| Alkyd | Minor | 10 | 1254, 5460 | 2 | 0 | 1 | 1 | - | 1 | 1 | - | 1 | - | - |
| CA/Bu | Minor | 15 | 4465, 5460 | 1 | 0 | - | 1 | - | - | 1 | - | - | - | - |
| Ethyl Cellulose | Minor | 20 | 1260 | 1 | 0 | - | - | 1 | - | - | - | 1 | - | - |

0627506

Exhibit T
Page 5 of 20

## CHLORINATED RUBBER

Chlorinated rubber (Parlon) is used in many fields of applications. Of the thirty-one accounts, we find that chemical resistance coatings, and masonry paints are the two most common uses. However, traffic paints, marine type paints, and shingle coatings also get a good play in this field.

A FLAME-RESISTANT, WATERPROOFING impregnating compound for asbestos cloth used in locomotive cabs contains chlorinated rubber, an Aroclor compound, and a wax. U.S.P. 2,145,235 by Robert E. Cryor assigned to Union Asbestos and Rubber Company, Chicago, Illinois.

Liquid Aroclor Compounds plus chlorinated rubber and pigments are used in a coating to protect and COLOR CONCRETE. U.S.P. 2,306,570 by Edward W. Scripture Jr., Skaker Heights, Ohio.

## NITROCELLULOSE COATINGS

We find that our Aroclor compounds are being sold in Nitrocellulose lacquers for the following applications.

1. Electrical Appliance cable finish for dielectric properties of the finished cable.

2. Heel lacquers for women's shoes.

3. Lacquers for fiber seat covers for automobiles.

4. Overprint varnishes.

5. Wire cable coatings.

6. Metallic lacquers.

While Nitrocellulose is an old product, there are constantly new applications for the use of Aroclors popping up in this field.

## POLYVINYL CHLORIDE

In totaling up the amount of Aroclors sold in polyvinyl chloride surface coatings, we were surprised to find that it was so large. Among the interesting applications are flame proof acoustical tile finishes and metal coatings where the Aroclor contributes adhesion.

A COATING FOR BARRELS and similar metallic surfaces composed of a vinyl chloride/vinyl acetate copolymer, an Aroclor compound, plasticizer and pigments. U.S.P. 2,111,395 by Otto J. Hartwick assigned to Pittsburgh Plate Glass Company, a corporation of Pennsylvania.

A METAL COATING that can be later pressed and formed has a finish lacquer over it for chemical resistance composed of polyvinyl chloride and an Aroclor compound dissolved in suitable solvents. U.S.P. 2,293,420 by Geory Wick, seized by Alien Property Custodian.

AN ELECTRICAL INSULATING MATERIAL for exposed bus bars comprised of a vinyl chloride/vinyl acetate copolymer, Tricresyl Phosphate, an Aroclor compound, and stabilizer. U.S.P. 2,183,811 by Edward C. Homan assigned to Irvington Varnish and Insulator Company, Irvington, New Jersey.

AN IMPREGNATING AND INSULATING MATERIAL for filling interstices for embedding or covering objects is composed of a small amount of polyvinyl-carbozole and a large amount of an Aroclor compound. U.S.P. 2,227,637 by Rudolf Engelhardt assigned to I. G. Farbenindustrie Aktiengesellschoft, Frankfort-on-the-Main, Germany.

A METAL COATING composition capable of being bent after baking is composed of a vinyl chloride/vinyl acetate copolymer and an Aroclor compound dissolved in suitable solvents. U.S.P. 2,115,214 by Clifford Jay Rolle assigned to Ault and Wiborg Corporation, New York, New York.

## STYRENE-BUTADIENE

In Styrene Butadiene coatings, which are commonly used in masonry paints, and metal paints we find one unique characteristic of the Aroclor compounds is their improved anti-tarnish characteristic compared to Chlorinated Paraffins when metallic pigments are used.

RANDY GRAHAM reports the reason they switched from Chlorowax to Aroclors 1254 and 5460 in their Pliolite S-5 traffic paint was because Chlorowax 70 precipitated from the formulation. When the paint was applied the precipitated Chlorowax was pressed out of the film and it affected the drying time. He talked with Goodyear about this problem and they ran a series of tests. Their findings verified test results which he had obtained where precipitation of Chlorowax took place. He said Goodyear's new technical bulletin will probably call for Aroclors in Pliolite formulations for traffic paints.

## EPOXY RESINS

As you know, we have a big push on for the use of Aroclor compounds in epoxy plastics and surface coatings. Shown below are three references which may be of value to you.

JOE HENNINGER contacted Mr. _____ to follow up his purchase of 300 pounds of Aroclor 5460 in late November. This material is being used in epoxy resin coatings. Mr. _____ said that he very much approves of the flaked material over the old Aroclor 5460 which he had previously evaluated.

ED FORDING reports a customer using Aroclor 1254 in self-extinguishing epoxy coatings. The Aroclor 1254 produces an excellent gloss with a great depth.

They are currently using Aroclor and Mod Epox in an epoxy terrazzo. JOHN ELWOOD says that this is a relatively new product with them and seems to be going over very well. They expect their purchases to increase greatly in 1961.

## POLYVINYL ACETATE

In polyvinyl acetate coatings the Aroclor compounds are used primarily in concrete or stucco paints plus one account that is using them in a paper coating.

## ASPHALT COATINGS

In the asphalt coating field the Aroclor surface coatings are used primarily to impart flame retardancy and good corrosion resistance

JOHN LONSBERG has an account that uses Aroclor 1254 in conn coatings on pipes, underground and above ground.

## PHENOLIC SURFACE COATINGS

Phenolic surface coatings seem to find their greatest play in masonry and marine coatings.

JIM COMPTON reports that a p-tert-amyl phenolic type marine varnish containing 40 parts of Aroclor 1268 showed up very well in exposure tests of fourteen months at 45° angle in Florida.  The Aroclor 1268 is used to give a velvet-like appearance to low-gloss varnish, probably by recrystallization of Aroclor as varnish dries.  Varnish is 50% solids with 50 parts mineral spirits, 50 parts turpentine, 50 parts Celite 110, 6 parts Bentone, 40 parts Micromica (C-300 English Mica Company) and 3 parts anti-skinning agent. Also used is Cobalt drying agent and zirconium dry catalyst.  Expected use is a varnish for cedar or redwood.

## ALKYDS

JOHN ELWOOD has an account that uses Aroclor 1254 and 5460 in an alkyd in combination with a wax for the flame proofing of Christmas Trees.

The use of Aroclor compounds increases the adhesion of SHORT OIL varnishes. National Paint, Varnish, and Lacquer Association.  Science Section Circular #555, 100-103 (1938)

## MISCELLANEOUS

In looking over the miscellaneous category, which is too minor to report, we find that Aroclors are being used in both ETHYLCELLULOSE and CELLULOSE ACETATE BUTYRATE for CABLE LACQUERS.

WALLY HILLIARD reports he has a customer using Aroclors in a floor wax in combination with other waxes because of the melting point of the Aroclor 5460.

FRANK GUIGNON reports he has a customer that uses Aroclor 5460 as a sole binder with metallic pigments because of the excellent resistance of the Aroclor compounds with regards to anti-tarnishing properties on the pigments.

The use of Aroclor compounds in ALLYL STARCH emulsions including preparation and hardness is discussed in U.S.D.A. ---- Circular AIC - 351 (1953).

BILL DAMRON has a customer using Aroclor 1254 in a new non-flammable thermoplastic icicle for Christmas Trees.

A WATERPROOFING composition for wood is composed of Aroclor 5460 plus other ingredients dissolved in solvent.  The coating drys to a tack-free, easily-painted surface.  U.S.P. 2,549,127 by Donald D. Pew assigned to Stopall Waterproofing Manufacturers Inc., Kalamazoo, Michigan

AN ANTI-STATIC coating for plastics is made of acrylic pol, Aroclor compound dissolved in suitable solvents.  U.S.P. 2,64( Eleanor G. Sheridan, Luther L. Yeager, and John Bjorksten assi Nash-Kelvinator Corporation.

Exhibit T
Page 8 of 20
062

JAKE ARBOGAST gave figures on availability of Montars.  This is all going into sealing compounds for automotive use.

The technology employed by one of WALLY SCHALK'S accounts was so unlike other aspects requiring plasticizer usage, he was at a loss to recommend plasticizers.  Instead, he sent the customer one of our Aroclor booklets. Subsequently, the customer requests samples and informed Wally that the Aroclors imparted some rather unusual and some highly desirable artistic effects to this system.

JOHN LONSBERG has an account that uses Aroclor 4465 in a special floor paint which is mixed with an abrasive to give non-slip properties.  The majority of this is for government use at present.

AN AEROPLANE PROPELLER ICE PREVENTING coating composed of polyisobutylene and an Aroclor compound.  U.S.P. 2,434,208 by Richard S. Gaugler and Hugh W. Guenther assigned to General Motors Corporation, Dayton, Ohio.

A SEALANT OR COATING for sealing an anodized oxide coating formed on aluminum is made by dissolving 1%-5% of an Aroclor compound in a suitable solvent.  U.S.P. 2,698,262 by Frederic Balmar, Versailles, France.

Page 8

## ADHESIVES AND SEALERS

| TYPE | VOLUME | PRACTICAL POTENTIAL | AROCLOR PRODUCTS USED | # Customers | # Bulk or TL Customers | Adhesion | Cost | Oxidation | Chem. or Corrosion Resistance | Flame Resistance | Melt Point | Viscosity |
|------|--------|---------------------|------------------------|-------------|------------------------|----------|------|-----------|-------------------------------|------------------|------------|-----------|
| POLYVINYL ACETATE EMULSION | Large | 2 | 1232, 1254, 1248, 1221, 1242, 1260 | 19 | 7 | 17 | 19 | 1 | 1 | 3 | | 5 |
| POLYVINYL ACETATE HOT MELT | Large | 4 | 1248, 1254, 5460 | 4 | 2 | 3 | 3 | - | - | - | 1 | - |
| RUBBER | Good | 5? | 1254, 1262, 5460, 1260 | 7 | 1 | 6 | 6 | - | - | 5 | - | - |
| RUBBER (THIOKOL) | Good | 3 | 1254, 1260, 1221 | 2 | 1 | - | 1 | - | - | 1 | - | 1 |
| ASPHALT | Minor | 20 | Montar, 1254, 5460 | 3 | 0 | 1 | 1 | - | - | - | - | - |

0627511

Exhibit T
Page 10 of 20

## POLYVINYL ACETATE EMULSION ADHESIVES

The Aroclor compounds are widely used in emulsion adhesives.  If you will remember we used to make Ortho-Nitrobiphenyl.  When this product became unavailable, we ran a program to try to replace it with Aroclor compounds. In this we were highly successful.  The Aroclor compounds offered the advantage of being liquid, low in color, and easy to mix into the vinyl acetate emulsion.  We find customers using them for adhesives, for cartons, envelopes, industrial equipment, and paper board boxes.

## POLYVINYL ACETATE HOT MELT

Here is a large field that is growing rather rapidly.  This type of hot-melt adhesive is used to bind the quarter paper, back novels, Reader's Digests, etc.  It has offered real economies to the publisher because of its rapid set characteristics.  The solid Aroclor 5460 is used to make a formulation that is non-tacky at room temperature and is a fluxing aid. The liquid Aroclor plasticizes the composition.

A SEALING COMPOUND for cans to contain alcohols is comprised of a vinyl chloride/vinyl acetate copolymer, an Aroclor compound, Santicizer B-16, and suitable solvents and pigments.  U.S.P. 2,392,412 by John E. Robinson and Paul W. Millilot, Jr. assigned to American Can Company.

## RUBBER ADHESIVES

We were surprised to find out the amount of Aroclor compounds that are being sold in rubber adhesives.  Here the low cost, the adhesion and flame retardancy of the Aroclor is of prime importance.  With regards to end applications, we find that Aroclors are being used in rubber adhesives for rug backings, flooring adhesives, and tape mastics.  In addition, one company is making an emulsion adhesive based upon polyisobutylene and Aroclor.

## RUBBER (THIOKOL)

Here is another sleeper.  The quantity that we are moving in this field once again caught us by surprise.  Evidently, the Aroclor compounds are one of the few materials that give high compatibility and flame retardancy with the Thiokol material.  The primary end use is in sealing compounds for aluminum windows, industrial applications, curtain wall construction, etc. The normal range of application will be anywhere from 10 parts of Aroclor up to 50 parts of Aroclor.

FRANK GUIGNON has a customer currently working on a polysulfide synthetic rubber development.  The end product will contain about 50% Aroclor 1221. The finished product is to be used for flexible molds, electronic potting, and building sealants.  Aroclor functions as a plasticizer in the formulation.

## MISCELLANEOUS

The Aroclor compounds are used in a variety of miscellaneous adhesive applications.  The following references may prove valuable talking points at specific accounts.

A SEALING COMPOUND for the joints of conduits and contains effective form -67°F to 212°F is made by mixing approximately equal parts of amorphous graphite and an Aroclor compound.  U.S.P. 2,471,010 by Laurence L. Rector, Fort Worth; and Charles L. Cron, Houston, Texas.

A SEALING AND ANTI SEIZE pipe joint compound is made of powdered graphite, an Aroclor compound, and a small amount of solvent.  U.S.P. 2,508,596 by Clarence H. Cox, Clayton, Missouri.

A BOOKBINDING hot-melt adhesive composed of a viscous linear polyamide resin and an Aroclor compound (40%-65% chlorine).  U.S.P. 2,612,463 by Rodney G. Brown assigned to E.I. DuPont de Nemours and Company, Wilmington, Delaware.

LEATHER and SHOE heat activated adhesive composed of Butadiene-Acrylonitrile rubber copolymer, basic zinc carbonate, a vinyl chloride/vinyl acetate copolymer, and a solid Aroclor compound dissolved in a suitable solvent. U.S.P. 2,685,572 by John L. Perkins and Edwin E. Sylvester assigned to B. B. Chemical Company, Boston, Massachusetts.

METAL FOIL adhesives that can be applied hot or cold comprised of 25% of a liquid Aroclor compound, 50% of a solid Aroclor compound and 25% of a para coumarone-indene resin.  U.S.P. 2,096,110 by Harry Kittredge and Sylvester J. Broderick assigned to Foilfilm Inc., Dayton, Ohio.

A HEAT ACTIVATED adhesive showing resistance to cold flow composed of approximately 100 parts of paraffin wax, 96 parts of Aroclor 5460, 45 parts of coumarone resin, and other ingredients.  U.S.P. 2,376,778 by Ernest L. Kallonder assigned to Dennison Manufacturing Company, Framingham, Mass.

PUTTY made with the Aroclor compounds are non-hygroscopic, flame resistant, have excellent adhesion and remain flexible, soft and usable indefinitely. U.S.P. 2,743,188 by Samuel N. Hunter assigned to Hunter Metallic Products Corporation, East St. Louis, Illinois.

JOHN OREM reports that Jack has evaluated many plasticizers and finds Aroclor 1254 to be about the best with the epoxy systems.  He has formulated a soft epoxy plasticized with about 30% of Aroclor 1254.  Its use would be for a socket sealer.  The epoxy cures at 350°F in one hour with an amine curing agent; will set up at room temperature in two days.  Jack finds this formulation very stable in the presence of high heat of about 350°.

A thermosetting OPTICAL cement composed of dialkyl phenyl phosphonate and a viscous liquid Aroclor compound.  U.S.P. 2,678,586 by John J. Lugert assigned to Eastman Kodak Company, Rochester, New York.

POLYSTYRENE WALL TILE EMULSION ADHESIVE composed of polystyrene emulsion, clay, Aroclor compounds, and other ingredients.  The resultant adhesive has excellent adhesive characteristics and is waterproof.  U.S.P. 2,486,756 by John F. Murphy and Russell Omadahl assigned to Monsanto Chemical Company, St. Louis, Missouri

0627513

Page 11

## PLASTIC APPLICATIONS

| TYPE | VOLUME | PRACTICAL POTENTIAL | AROCLOR PRODUCTS USED | # Customers | # Bulk or TL Customers | Adhesion | Cost | Flame Resistance | Extraction | Chem. or Corrosion Resistance | Viscosity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPOXY | Fair | 5 | 1248, 1262, 5460 | 2 | 1 | - | - | - | - | - | - |
| PVC PLASTISOL | Fair | 3 | 1254, 5460, 1262 | 7 | 0 | 4 | 5 | 6 | - | 1 | 1 |
| PVC COMPOUND | Minor | 3 | 5460, 1254, 1268, 1260 | 3 | 1 | - | 2 | 2 | 1 | - | - |
| PHENOLIC | Minor | 10 | 2565, 1268 | 2 | 0 | 1 | 1 | 1 | - | - | - |
| CELLULOSE ACETATE BUTYRATE | Minor | 15 | 5460, 1254 | 2 | 0 | 1 | 2 | 2 | 1 | - | - |
| POLYESTER | Minor | 40 | 1268, 5460 | 3 | 0 | - | - | 3 | - | - | - |
| SARAN | Minor | 20 | 1254 | 1 | 0 | - | - | - | - | - | - |
| CHLORINATED RUBBER | Minor | 5 | 1232, 1254 | 1 | 0 | - | - | - | - | - | - |

0627514

PLASTIC APPLICATIONS

The low cost flame resistance and adhesion characteristics of the Aroclor compounds were most commonly mentioned in the plastic applications.

EPOXIES

Once again we are pleasantly surprised to find the volume of Aroclor that was moving in epoxy resin applications. Specific details on how these products were being used and the type of end applications were not available. The plasticization and the flame retardancy plus chemical resistance were the three most important reasons.

One of NORM JOHNSON'S accounts is planning to manufacture a coil from a flame retardant epoxy formulation utilizing Aroclor 1260. This flame retardant epoxy formulation has passed their customer's requirements in initial testing.

BILL DAMRON reports the customer is using Aroclor 1254 in a self-extinguishing laminated phenolic and epoxy application for printed circuit work.

POLYVINYL CHLORIDE

In the PVC plastisol field and in the compound field we find sizable volumes of Aroclors being used. The solid Aroclors are used in compounding primarily for processability while the liquid Aroclors are used in plastisols for viscosity stability and flame resistance. Also, in plastisols the solid Aroclors are used because of their low volatility and excellent adhesion.

Vinyl resins modified with Aroclor compounds are usable in making molds for thermosetting resins. U.S.P. 2,525,177 by William Lockwood assigned to Calresin Corporation of Culver City, California.

CURT SINGLETON passed along one of Bill Grosse's tip items. The tip of using 40 PHR of Aroclor 1268 was successful in a problem they have had wherein a prospect wanted a plastisol for dipping gloves but wanted a velvet feel to the coating.

Aroclors are used in foamed plastisols to control the blowing of the foam and in glove dipping to impart chemical resistance.

PHENOLIC MOLDING

In phenolic molding the Aroclor compounds are utilized as flow aids in grinding wheels and in brake linings.

CELLULOSE ACETATE BUTYRATE

In cellulose acetate butyrate the Aroclors are commonly used in hot melt applications. Here we would recommend adequate ventilation, of course. The solid Aroclor melts at the dipping temperature, but does not cause excessive tackiness when the part is cooled.

A HOT MELT coating comprised of high butyryl cellulose esters and Aroclor compounds.  U.S.P. 2,481,687 by Martin Salo and Harold F. Vivian assigned to Eastman Kodak Company, Rochester, New York.

A TRANSLUCENT PAPER BASE is made by impregnating the paper with a hot melt containing a high percentage of an Aroclor compound plus resin and overcoating with plasticized hot melt.  U.S.P. 2,635,970 by Martin Salo and Harold F. Vivian assigned to Eastman Kodak Company, Rochester, New York.

## MISCELLANEOUS COMPOUNDS

Of course, the Aroclor compounds are widely used in a lot of miscellaneous resins.  Some of these applications involve only one or two customers of rather insignificant nature.  However, we thought the following references might be of interest to you.

POLYVINYL BUTYRAL resins modified with Montars show good heat and humidity stability.  U.S.P. 2,506,014 by Francis J. Curtis assigned to Monsanto Chemical Company, St. Louis, Missouri.

POLYSTYRENE molding products made non inflammable with a solid Aroclor compound possesses good electrical properties.  U.S.P. 2,454,255 by Joseph R. Mores assigned to Monsanto Chemical Company, St. Louis, Missouri.

A FUNGICIDAL HOT MELT INSULATING compound composed of resins, an Aroclor compound, a fungicide and other materials.  U.S.P. 2,556,451 by Howard E. Smith assigned to Insul-X Corporation, Brooklyn, New York.

BILL MADDOX reports that Aroclor 1268 is, apparently, doing quite a job thus far---used as a flame retardant in their silicone rubbers.

A customer of LEE JOHNSON is using regularly a combination of Aroclor 1254 and Aroclor 1268 in asphalt as a flame retardant.  The combination of Aroclor and asphlat is eventually coated onto paper.

Aroclor compounds are used in the colloid layer of PRINTING FORMS. U.S.P. 2,291,673 by Fritz Albers and Edward Schloemann assigned to General Analine and Film Corporation.

A HOT MELT coating for webs of paper or textiles composed of polyethylene, terpene resins, an Aroclor compound, and paraffin.  U.S.P. 2,453,644 by Walter C. Steinkraus, Chicago, Illinois.

One of BILL DAMRON'S customers said Aroclor 1254 was used because of its fire resistance into resin material products.  They are using it in two applications:  wax paper coatings for paper converters and manufacturing liquid wax compounds for treating electrical component parts.

A RUBBER composition with good mechanical properties and improved fire resistant properties is made by adding 20 parts of chlorinated rubber to 80 parts of Aroclor 1260.  Heat until the rubber is dissolved.  Cool and add to 100 parts of rubber plus fillers and curing agents.  U.S.P. 2,143,470 by Wilhelm Becker and Albert Kock assigned to I.G. Farbenindustrie Atkiengesellschaft, Frankfort-on-the-Main, Germany.

A HEAT RESISTANT INSULATION compound composed of rubber and Aroclor compounds show good properties.  U.S.P. 2,416,955 by Samuel J. Rosch assigned to Anaconda Wire and Cable Company, a corporation of Delaware.

Aroclor compounds are used to plasticize POLY p XYLENE compounds and filaments.  U.S.P. 2,763,630 by James K. Hubbard assigned to E.I. DuPont de Nemours and Company, Wilmington, Delaware.

Aroclor 1260 is used in a low flammable, STERILIZABLE HAIR BRUSH made from Ethylcellulose.  U.S.P. 2,326,811 by David R. Wiggam and William Koch assigned to Hercules Powder Company, Wilmington, Delaware.

Page 15

| APPLICATION | VOLUME | PRACTICAL POTENTIAL | AROCLOR PRODUCTS USED | # Customers | # Bulk or TL Customers | Adhesion | Cost | Extraction Resistance | Melting Point | Flame Resistance | Moisture Resistance | Oxidation Resistance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOT MELT WIRE COATING | Large | 1.2 | 5460, 5060, 4465, 1260 | 4 | 3 | - | 1 | - | - | 3 | 1 | - |
| CARBONLESS CARBON PAPER | Large | 1.5 | 1262 | 1 | 1 | - | - | - | - | - | - | - |
| CASTING WAX | Good | 4 | 5460, 4465, 1254 | 7 | 1 | - | 2 | 1 | 2 | - | - | - |
| CARBON IMPREGNANT | Minor | 3 | 5460, 1268 | 2 | 0 | - | - | 2 | - | - | 2 | - |
| TACK RAGS | Minor | 1.5 | 1262, 1254 | 1 | 0 | 1 | - | - | - | - | - | 1 |
| ASPHALT ROOFING | Minor | 15 | Montars 3,4,5 | 1 | 1 | - | 1 | - | - | 1 | - | - |
| CLOTH IMPREGNANT | Minor | 10 | 1254, 5460, 1268 | 2 | 0 | - | - | - | - | 1 | - | - |
| INSECTICIDE CARRIER | Minor | 10 | 5460 | 2 | 0 | - | - | - | - | - | - | - |
| PRINTING INK | Minor | 30 | 5460, 1254, 1221 | 3 | 0 | - | - | - | - | - | - | - |
| PIGMENT GRINDING | Minor | 30 | 1254, 4465 | 2 | 0 | - | - | - | - | - | - | - |
| PIGMENT CARRIER | Minor | 30 | 1248 | 1 | 0 | - | - | - | - | - | - | - |
| AIR FILTER MEDIUM | Minor | 5 | 1254 | 1 | 0 | - | 1 | - | - | 1 | - | 1 |
| DUST SUPPRESSANT | Minor | 30 | 1254 | 1 | 0 | - | - | - | - | - | - | - |
| FLOW STUDY | Minor | 3 | 4465 | 1 | 0 | - | - | - | - | - | - | - |

MISCELLANEOUS

0627518

Exhibit T
Page 17 of 20

The miscellaneous applications for Aroclor cover a wide variety of applications.

## HOT MELT WIRE COATINGS

In this application the market, while huge, is limited to a few companies that seem to control the bulk of the business. Here the Aroclors are blended with wax and phosphate esters to make hot melts that are then used to flame-proof cables. Unfortunately as vinyls increase in volume in the electrical trade, the application for Aroclors as an impregnant decrease.

## CARBONLESS CARBON PAPER

This is an application that is patented. However, we have many other requests for Aroclors in carbon paper applications, some of which seem to be showing a fair deal of success.

## CASTING WAX

The investment casting field is one that has been reborn. It is sometimes called the "lost wax" technique. We have made a sizable survey and you will be hearing more about this later. As it now stands, however, you can see we have a good many customers and the current volume is good. The flame resistance, the high impact strength, short melting point, and other desirable characteristics imparted by the Aroclors will enable us to give you a full story as soon as we are able to contact a few more people and verify their requirements.

AN ELECTRICAL INSULATING material is made by impregnating the base material with a mixture of styrene monomer and an Aroclor compound followed by polymerization. U.S.P. 2,147,824 by John Krauss Webb assigned to International Standard Electric Corporation of New York, New York.

## CLOTH IMPREGNANT

Aroclors are used to impregnate felts for the Navy, for sound deadening characteristics in ships; they are also blended with wax to impregnate asbestos cloth to impart electrical properties. Other applications for Aroclors as impregnants are as follows:

SILICA TEXTILE materials that have been leached and then coated with a solution of Aroclor 5442 show improved abrasion resistance. U.S.P. 2,686,954 by Leon Parker assigned to the H.I. Thompson Company, Los Angeles, California.

RANDY GRAHAM has a customer currently using a mixture of Aroclor 5460 and Aroclor 1254 as an impregnant for welding cloths which are used in fabrication plants. He said that he actually flame proofs these cloths so that when sparks from welding hits the cloth no holes are burnt through. He is currently selling this to a steel company for their welding rooms which use these canvas cloths as walls to cut down on the amount of flying molten metal which occurs when welding. It might be that it could be extended to pup tents and the tent industry and maybe added in combination with some waterproofing chemical.

GEORGE STEWART recommended the use of Montars to a customer who felt some of the air-conditioning companies such as Carrier plan to specify FIRE-RESISTANT ASPHALT FELT in 1961 for use in all air conditioning equipment.

A composition to give good resistance to both flame propagation and after flow is made by a combination of Aroclor compounds plus aldehyde condensation resins. U.S.P. 2,461,538 by Earl K. Fisher assigned to Interchemical Corporation, New York, New York.

A flameproofing composition is based on a mixture of a thermally unstable chlorinated resinous material, zinc carbonate, and other ingredients plasticized with a flameproofing plasticizer such as an Aroclor compound. U.S.P. 2,378,714 and U.S.P. 2,326,233 to Martin Leatherman, Hyattsville, Maryland.

## INSECTICIDE CARRIERS

There has been a number of government articles which appeared on the use of Aroclors to extend the life of volatile insecticides for non-food prompt uses. Shown below are a series of references which may be of interest to your insecticide potentials:

Chlorinated Polyphenyls to improve Lindane Residues. W. N. Sullivan and I. Hornstein in Journal of Economic Entomology Volume 46, February 1953, Pages 158-159.

Improving Deposits for controlling insects outdoors. W. N. Sullivan, Irwin Hornstein, A. H. Yeomans, and Ching-Hsi Tsao, Journal of Economic Entomology, Volume 48 No. 2, Pages 153-154.

Aroclor 5460 extends life of Aldrin and Lindane but not DDT. Thought more volatile first two slowly escapes to surface. Thought DDT is marked by Aroclor 5460. Residual Effectiveness of Mixtures of Organic Phosphorous Insecticides with Chlorinated Terphenyls. Irwin Hornstein, William N. Sullivan, and Ching-Hsi Tsao in Journal of Economic Entomology, Volume 48 No. 4, August, 1955, Pages 482-483.

Lowering the Volatility of Lindane Cuttle Sprays by Addition of Film Forming Material. Irwin Hornstein, W. S. McGregor, and W. N. Sullivan in Agriculture and Food Chemistry, Volume 4, No. 2, February 1956, Pages 148-149.

The Use of Chlorinated Polyphenyls to Increase the Effective Insecticide Life of Lindane. Edward J. Duda - Journal of Entomology Soc, 218-219, (April 1957). Aroclor 5460 and Lindane may exhibit a synergystic effect in controlling elm leaf beetle.

## PRINTING INKS

How many times have all of us thought that more Aroclors should be used in printing inks. At the present time a rather small amount is consumed in this field. Although as the following references show, there is considerable interest:

PRINTING INKS for metal application are prepared by dispersing pigments in EPOXY resins and Aroclor compounds. The inks show no discoloration upon baking and provide a smooth strong film. U.S.P. 2,736,719 by Page 19 of 20

P. Stockmayer assigned to Sun Chemical Corporation, Long Island, New York.

A WET FINISHING varnish composed of an alkyd resin in solvent modified with a liquid Aroclor compound and polymethyl silicone. U.S.P. 2,736,355 by Jerome A. Ryan assigned to the The Sherwin Williams Company, Cleveland Ohio.

For Dick Tracy fans, JIM COMPTON has a customer currently using Aroclor 1221 at about a 1% level in an invisible ink formulation used to trace cutting pattern on Chenille rugs and spreads. Recently had to switch dye ingredients and Aroclor 1221 would not work with new dye, but Aroclor 1262 did work.

## PIGMENT GRINDING AND CARRYING

This is a natural application for the Aroclor compounds. The customer by his choice of Aroclor can develop the type of viscosity he desires. The Aroclors give rapid wetting action into most pigments.

BILL MORLOCK has an interesting application where the customer is dispersing pigment and catalyst in Aroclor for polyester applications.

Aroclor 5460 is an excellent "wax" for DISPERSING PIGMENTS in solvents. U.S.P. 2,772,982 by Vincent C. Vesce assigned to B. F. Goodrich Company, New York, New York.

Aroclors are excellent wetting agents for the preparation of METALLIC PASTE PIGMENTS. U.S.P. 2,713,006 by Samual N. Hunter assigned to Hunter Metallic Pigments, East St. Louis, Illinois.

## MISCELLANEOUS

The Aroclors also find a lot of miscellaneous applications, some of which are discussed briefly below:

Solid powdered Aroclor compounds are used as a DELUSTERING AGENT for rayon. U.S.P. 2,111,449 by James W. Humphrey and John W. Pedlow assigned to American Viscose Corporation

This company using Aroclor 1248 to thicken ceramic slurry reports JOHN ELWOOD.

RAY GREENE reports a metals laboratory has a rather unique use of Aroclor 1268. It is melted and then used to fill the pores of nickel sponge. The sponge can then be machined without destroying the cell structure. After it has been fabricated, it is brought to a high temperature and the Aroclor is probably vaporized off.

A WATER SOLUBLE SOIL-POISON concentrate is made by blending an Aroclor compound, trichlorobenzene, pentachlorophenol, isopropyl alcohol, and other materials. U.S.P. 2,588,318 by Paul G. Benignus assigned to Monsanto Chemical Company, St. Louis, Missouri.

# EXHIBIT U

# NEWS

## Monsanto

E. V. John
(314) 694-2891
*PUBLIC RELATIONS DEPARTMENT*
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166

FOR RELEASE IMMEDIATELY 1970

MONSANTO CITES
ACTIONS TAKEN ON
ENVIRONMENTAL ISSUE

ST. LOUIS, July 16 -- Monsanto Company, sole U.S. producer of an industrial chemical called polychlorinated biphenyl (PCB), today said recent political charges and sensational headlines about the chemical causing "a major ecological crisis" completely ignore voluntary actions the company has taken to restrict use of the material.

"Our program began back in 1968 with the proper identification and measurement of PCB in the environment and will conclude this year by our unilateral action to restrict its use," Howard L. Minckler, company vice president and general manager of its Organic Chemicals Division, said.

He added that Monsanto had not been pressured into action by any legislation or organized group. "We have taken decisive action based on evidence that PCB is a persistent chemical which builds up in the environment."

-more-

DEPOSITION
EXHIBIT
35
6/26/14 LG

Exhibit U
Page 2 of 5

MCL000647

--2 MONSANTO: MINCKLER'S REPLY TO PCB CHARGES xxx environment."

Commenting on a recent report that PCB can induce birth defects in animals, Minckler said, "Monsanto is not aware of any scientific data that indicates polychlorinated biphenyls may cause birth defects. The results of comprehensive toxicity studies, sponsored by Monsanto and using the usual species of laboratory animals, have failed to produce such effects.

"Scare tactics and sensational reporting do not serve the public interest nor solve ecological problems," he said. "Only a few reports have stated why PCBs were ever developed and why they are used today. Nor have the consequences of not using PCB been explained.

"What should be emphasized," Minckler continued, "is that PCB was developed over 40 years ago primarily for use as a coolant in electrical transformers and capacitors. It is also used in commercial heating and cooling systems. It is not a 'household' item.

"Anyone who lives in a large city is familiar with power failures. During periods of peak power needs, air conditioning and refrigeration fail, lights go out and commuters are stranded. If power companies were to remove PCB from equipment, we have been told that major blackouts would occur throughout the world.

-more-

MCL000648

--3 MONSANTO:  MINCKLER'S REPLY TO PCB CHARGES xxx world.

"PCB is used in electrical equipment as a safety fluid.  It has replaced combustible oil products which have, on many occasions, exploded and burned, causing deaths and injury to human life.  Today state and local laws all over the country require the use of non-flammable fluids in certain electrical equipment as a safety feature.  At the moment, there are no substitutes available which equal the safety performance of PCB."

Monsanto said it intends to continue selling PCB for "closed-system" uses such as electrical components and heat-transfer systems.  "With rigid control over where the product goes, how it is handled and disposed of, we believe the safety functions of the product can continue to serve society and the environment can be protected," Minckler said.  "We are discontinuing sales into 'open systems' -- adhesives, sealants, chlorinated rubber, specialty paints, etc.

"For other uses, such as fire-resistant hydraulic fluids, where PCB cannot be strictly controlled, we have reformulated some fluids and they are on the market.  The new products contain other fire-resistant ingredients.  We will continue to develop alternate formulations which do not contain persistent PCB.  We will not abandon hydraulic fluid users," Minckler commented, "as has been reported."

-more-

Exhibit U
Page 4 of 5

MCL000649

--4 MONSANTO: MINCKLER'S REPLY TO PCB CHARGE xxx reported."

Monsanto has also established a new system for disposal or recycle of spent PCB. A special high-temperature incinerator will break down PCB into harmless materials. The company also regenerates spent fluids for reuse. The incinerator will be offered to customers who cannot otherwise destroy or regenerate their old fluids.

"Although loss of PCB from our manufacturing plants has been negligible, we have further tightened up our production techniques and installed new pollution abatement devices," the Monsanto executive said.

"I repeat," Minckler concluded, "our program was initiated and conducted by Monsanto alone. It will be concluded this year. We believe it is a position any responsible company would take."

-oOo-

MCL000650